**ORIGINAL**

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| DIANE D. HASTERT | 2240-0 |
| ddh@hawaiilawyer.com | |
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| TRED R. EYERLY | 5641-0 |

te@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICHAEL R. DAVISSON     SBN 83278   *(Pro Hac Vice)*
michael.davisson@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
   CUMIS INSURANCE SOCIETY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, ) | CIVIL NO. CV 04-00511 JMS BMK |
| ) | [CONSOLIDATED CASES] |
| Plaintiff, ) | |
| ) | **FIRST STIPULATION RE** |
| vs. ) | **EXTENDING TIME FOR FILING** |
| ) | **OF HICKAM FEDERAL CREDIT** |
| CUMIS INSURANCE SOCIETY, INC., ) | **UNION'S OPPOSITION TO** |
| and DOES 1-10, ) | **MOTION FOR PROTECTIVE** |
| ) | *(Caption continued on next page)* |
| Defendants. ) | |

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., ) | **ORDER AND CUMIS** |
| ) | **INSURANCE SOCIETY, INC.'S** |
| Third-Party ) | **OPPOSITION TO MOTION TO** |
| Plaintiff, ) | **DISQUALIFY MICHAEL R.** |
| ) | **DAVISSON; ORDER** |
| vs. ) | |
| ) | DATE: February 10, 2006 |
| DANIEL KEOMALU, ) | TIME: 2:00 p.m. |
| ) | JUDGE: Honorable Barry M. Kurren |
| Third-Party ) | TRIAL DATE: June 6, 2006 |
| Defendant. ) | |
| ) | |
| HICKAM FEDERAL CREDIT UNION, ) | CIVIL NO. CV 05-00510 JMS BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Defendant. ) | |

**FIRST STIPULATION RE EXTENDING TIME FOR FILING OF
HICKAM FEDERAL CREDIT UNION'S OPPOSITION TO
MOTION FOR PROTECTIVE ORDER AND CUMIS INSURANCE
SOCIETY, INC.'S OPPOSITION TO MOTION
TO DISQUALIFY MICHAEL R. DAVISSON**

The parties, Plaintiff HICKAM FEDERAL CREDIT UNION and Defendant CUMIS INSURANCE SOCIETY, INC., seek to extend the deadline for the filing of Hickam's Opposition to Cumis' Motion for a Protective Order Precluding the Deposition of Cumis' Retained Trial Counsel, Michael R. Davisson and Cumis' Opposition to Hickam's Motion to Disqualify Michael R. Davisson from

December 15, 2005 to January 23, 2006. This is the first stipulation seeking an extension for filing the oppositions. The hearing on both motions is scheduled for February 10, 2006.

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant, through their respective counsel, that the deadline for the filing Hickam's Opposition to Cumis' Motion for a Protective Order and Cumis' Opposition to Hickam's Motion to Disqualify Michael R. Davisson is extended from December 15, 2005 to January 23, 2006.

DATED: Honolulu, Hawai'i, _December 14, 2005_.

DAMON KEY LEONG KUPCHAK HASTERT

_____
DIANE D. HASTERT
GREGORY W. KUGLE
TRED R. EYERLY
Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.

<u>Hickam Federal Credit Union v. Cumis Insurance Society, Inc.</u>, Civil No. 04-00511 HG-BMK, United States District Court for the District of Hawaii; FIRST STIPULATION RE EXTENDING TIME FOR FILING OF HICKAM FEDERAL CREDIT UNION'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND CUMIS INSURANCE SOCIETY, INC.'S OPPOSITION TO MOTION TO DISQUALIFY COUNSEL ; ORDER

DATED: Honolulu, Hawai'i, _____.

_____
RICHARD GESHELL
Attorney for Third-Party Defendant
DANIEL KEOMALU

DATED: Honolulu, Hawai'i, December 14, 2005.

CARLSMITH BALL, LLP

/s/ Duane R. Miyashiro
_____
DUANE R. MIYASHIRO
ELYZE J. MCDONALD
JOSEPH F. KOTOWSKI
Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai'i, 12-16-2005.

_____
Barry M. Kurren
UNITED STATES MAGISTRATE JUDGE

Hickam Federal Credit Union v. Cumis Insurance Society, Inc., Civil No. 04-00511 HG-BMK, United States District Court for the District of Hawaii; FIRST STIPULATION RE EXTENDING TIME FOR FILING OF HICKAM FEDERAL CREDIT UNION'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND CUMIS INSURANCE SOCIETY, INC.'S OPPOSITION TO MOTION TO DISQUALIFY COUNSEL ; ORDER

DATED: Honolulu, Hawai'i, December 14, 2005.

_____
RICHARD GESHELL
Attorney for Third-Party Defendant
DANIEL KEOMALU

DATED: Honolulu, Hawai'i, _____

CARLSMITH BALL, LLP


_____
DUANE R. MIYASHIRO
ELYZE J. MCDONALD
JOSEPH F. KOTOWSKI
Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai'i, _____


_____
Barry M. Kurren
UNITED STATES MAGISTRATE JUDGE


<u>Hickam Federal Credit Union v. Cumis Insurance Society, Inc.</u>, Civil No. 04-00511 HG-BMK, United States District Court for the District of Hawaii; FIRST STIPULATION RE EXTENDING TIME FOR FILING OF HICKAM FEDERAL CREDIT UNION'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND CUMIS INSURANCE SOCIETY, INC.'S OPPOSITION TO MOTION TO DISQUALIFY COUNSEL ; ORDER

184401                              -4-