**ORIGINAL**

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| DIANE D. HASTERT | 2240-0 |
| ddh@hawaiilawyer.com | |
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| TRED R. EYERLY | 5641-0 |
| te@hawaiilawyer.com | |

1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICHAEL R. DAVISSON     SBN 83278 *(Pro Hac Vice)*
michael.davisson@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
  CUMIS INSURANCE SOCIETY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 9 2005

at 2 o'clock and 31 min. P.M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CUMIS INSURANCE SOCIETY, INC., ) <br> and DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | CIVIL NO. CV 04-00511 JMS BMK <br> [CONSOLIDATED CASES] <br><br> NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT CUMIS INSURANCE SOCIETY, INC.'S MOTION TO STRIKE COMPLAINT FILED ON AUGUST 9, 2005; CERTIFICATE OF SERVICE <br><br> DATE: January 17, 2006 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. J. Michael Seabright <br> TRIAL DATE: June 6, 2006 |

```
CUMIS INSURANCE SOCIETY, INC.,  )
                                )
         Third-Party            )
         Plaintiff,             )
                                )
    vs.                         )
                                )
DANIEL KEOMALU,                 )
                                )
         Third-Party            )
         Defendant.             )
_____)
                                )
HICKAM FEDERAL CREDIT UNION,    )    CIVIL NO. CV 05-00510 JMS BMK
                                )
         Plaintiff,             )
                                )
    vs.                         )
                                )
CUMIS INSURANCE SOCIETY, INC.   )
                                )
         Defendant.             )
_____)
```

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
DEFENDANT CUMIS INSURANCE SOCIETY, INC.'S
MOTION TO STRIKE COMPLAINT FILED ON AUGUST 9, 2005

Defendant CUMIS INSURANCE SOCIETY, INC. ("CUMIS"), through its counsel, Damon Key Leong Kupchak Hastert and Sedgwick, Detert, Moran & Arnold, respectfully withdraws, without prejudice, Defendant CUMIS Insurance Society, Inc.'s Motion to Strike Complaint under Rule 12(f) Filed on August 9, 2005, scheduled to be heard before the Honorable J. Michael Seabright, Judge of the above-entitled Court, in his courtroom in the United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on January 17, 2006 at 9:00 a.m.

CUMIS reserves its right to re-file this Motion to Strike.

DATED: Honolulu, Hawaii, _____DEC 19 2005_____.

          DAMON KEY LEONG KUPCHAK HASTERT

          _____
          DIANE D. HASTERT
          GREGORY W. KUGLE
          TRED R. EYERLY

          Attorneys for Defendant
             CUMIS INSURANCE SOCIETY, INC.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CUMIS INSURANCE SOCIETY, INC., ) <br> and DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> CUMIS INSURANCE SOCIETY, INC., ) <br> ) <br> Third-Party ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL KEOMALU, ) <br> ) <br> Third-Party ) <br> Defendant. ) <br> _____ ) <br> ) <br> HICKAM FEDERAL CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CUMIS INSURANCE SOCIETY, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. CV 04-00511 JMS BMK <br> [CONSOLIDATED CASES] <br><br> CERTIFICATE OF SERVICE <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> CIVIL NO. CV 05-00510 JMS BMK |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT CUMIS INSURANCE SOCIETY, INC.'S MOTION TO STRIKE COMPLAINT FILED ON AUGUST 9, 2005, was duly served upon the following individuals to their last known address as follows as indicated:

| | |
|---|---|
| DUANE R. MIYASHIRO, ESQ.<br>Carlsmith Ball LLP<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff | U.S. MAIL |
| S. RICHARD GESHELL, ESQ.<br>6600 Kalanianaole Highway, Suite 116<br>Honolulu, Hawaii 96825<br>Attorney for Third-Party Defendant<br>   Daniel Keomalu | U. S. MAIL |

DATED: Honolulu, Hawaii, DEC 19 2005 _____.

DAMON KEY LEONG KUPCHAK HASTERT

_____
DIANE D. HASTERT
GREGORY W. KUGLE
TRED R. EYERLY

Attorneys for Defendant
   CUMIS INSURANCE SOCIETY, INC.