TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS    2718-0
ROMAN F. AMAGUIN    6610-0
JAN MURANAKA BOIVIN    8138-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2005

at __ o'clock and __ min. __.M
SUE BEITIA, CLERK

**LODGED**

DEC 20 2005
4:13 pm/ay
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>NOTICE OF MOTION; COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION FOR PROTECTIVE ORDER; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; CERTIFICATE OF COUNSEL; CERTIFICATE OF SERVICE<br><br>12-22-05<br>10 am<br>BMK<br><br>BARRY M. KURREN |

## NOTICE OF MOTION

TO: MICHAEL R. DAVISSON, ESQ.
MARIA COUSINEAU, ESQ.
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017

Attorney for Defendant and Third-Party Plaintiff
CUMIS Insurance Society, Inc.

GREGORY W. KUGLE, ESQ.
1001 Bishop Street
1600 Pauahi Tower
Honolulu, HI 96813

Co-Counsel for Defendant and Third-Party Plaintiff
CUMIS Insurance, Society, Inc.

R. STEVEN GESHELL, ESQ.
6600 Kalanianaole Highway, Suite 116
Honolulu, Hawaii 96825

Attorney for Third-Party Defendant and Counterclaim Plaintiff
DANIEL KEOMALU

DUANE R. MIYASHIRO, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, HI 96813

Attorney for Plaintiff
Hickam Federal Credit Union

PLEASE TAKE NOTICE that the hearing on COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION FOR PROTECTIVE ORDER will be heard before the honorable Barry M. Kurren in his

courtroom, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on DEC 2 2 2005, at 10:00 a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, December 20, 2005.

    TORKILDSON, KATZ, FONSECA,
    MOORE & HETHERINGTON,
    Attorneys at Law, A Law Corporation



    JEFFREY S. HARRIS
    ROMAN F. AMAGUIN
    JAN MURANAKA BOIVIN
    Attorneys for Counterclaim Defendant
    HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>MOTION FOR PROTECTIVE ORDER |

## COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION FOR PROTECTIVE ORDER

Counterclaim Defendant Hickam Federal Credit Union ("Counterclaim Defendant Hickam") moves for a protective order barring the depositions of Carol Ebia, any other witness in this matter scheduled to be deposed between December 21, 2005 and December 31, 2005, and any other witness in this matter scheduled to be deposed without notice of such deposition to Counterclaim Defendant Hickam.

Counterclaim Defendant Hickam makes this motion pursuant to Rules 30(b)(1) and 32(a)(3) of the Federal Rules of Civil Procedure, the attached memorandum, declaration, exhibit, certificate, and the record in this case.

DATED: Honolulu, Hawaii, December 20, 2005.

                Respectfully submitted,

                TORKILDSON, KATZ, FONSECA,
                MOORE & HETHERINGTON,
                Attorneys at Law, A Law Corporation



                JEFFREY S. HARRIS
                ROMAN F. AMAGUIN
                JAN MURANAKA BOIVIN
                Attorneys for Counterclaim Defendant
                HICKAM FEDERAL CREDIT UNION