IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBIT "A" |

DECLARATION OF JEFFREY S. HARRIS

The undersigned hereby declares that:

1. I am an attorney duly licensed to practice before all courts in the State of Hawaii and am an attorney with Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Counterclaim Defendant Hickam Federal Credit Union ("Counterclaim Defendant Hickam") in this action.

2. At approximately 10:38 a.m. on December 20, 2005, I learned for the first time that the deposition of Carol Ebia was scheduled to commence at 9:30 a.m. that same day. After completing a witness preparation meeting from 8:00 to

-9-

10:30 a.m. for a trial I currently am litigating, I opened an e-mail I received from Duane Miyashiro, sent at 8:23 a.m. Duane Miyashiro was approving a one-hour delay of the already-scheduled deposition. Included in Duane Miyashiro's e-mail was a prior e-mail from Los Angeles-based Plaintiff's counsel, Maria Cousineau, who based her request on her airline's mishandling of her luggage. A true and correct copy of my response to Duane Miyashiro's e-mail is attached as Exhibit A.

3. I was not served a notice of the Deposition of Carol Ebia in my capacity as Counterclaim Defendant Hickam's counsel. I was not served a notice for any deposition scheduled between December 21, 2005 and December 31, 2005.

4. On December 20, 2005, I spoke with Gregory W. Kugle, counsel for Defendant CUMIS Insurance Society, Inc. Mr. Kugle took the position that the December 20, 2005 deposition of Carol Ebia would go forward, and that the depositions of other individuals he did not name would go forward this week.

JEFFREY S. HARRIS