## Harris, Jeffrey S.

**From:** Harris, Jeffrey S.
**Sent:** Tuesday, December 20, 2005 10:38 AM
**To:** 'Duane R. Miyashiro'; 'Cousineau, Maria'
**Cc:** 'GWK@hawaiilawyer.com'; 'EMK@hawaiilawyer.com'; 'Donna@hawaiilawyer.com'; 'geshell@lava.net'
**Subject:** RE: Ebia deposition

```
I have received no notice of the deposition of Carol Ebia, at 10:30 or any other time on
today or any other day.  I object to the taking or use of the deposition on that basis.

Jeffrey S. Harris, Esq.
Torkildson, Katz, Fonseca,
   Moore & Hetherington
700 Bishop Street, 15th Floor
Honolulu, Hawaii  96813-4187
phone: (808) 523-5393
fax:   (808) 523-6001
e-mail: jsh@torkildson.com




-----Original Message-----
From: Duane R. Miyashiro [mailto:dmiyashiro@carlsmith.com]
Sent: Tuesday, December 20, 2005 8:23 AM
To: Cousineau, Maria
Cc: GWK@hawaiilawyer.com; EMK@hawaiilawyer.com; Donna@hawaiilawyer.com; geshell@lava.net;
Harris, Jeffrey S.
Subject: RE: Ebia deposition


10:30 is fine with me.

-----Original Message-----
From: Cousineau, Maria [mailto:maria.cousineau@sdma.com]
Sent: Monday, December 19, 2005 6:45 PM
To: Duane R. Miyashiro
Cc: 'GWK@hawaiilawyer.com'; 'EMK@hawaiilawyer.com'; 'Donna@hawaiilawyer.com'
Subject: Ebia deposition

My bags did not arrive in Honolulu with me for some reason. American is now saying I will
have them by midnight. My briefcase of exhibits and other documents is obviously a crucial
part of these depositions and that is the missing bag.
Can we please push the Ebia deposition back one hour to 10:30 a.m. to give me enough time
to get my things and be there prepared? Greg, I hope this won't trouble the videographer
too much. Sorry for any inconvenience.
Thanks
Ria Cousineau
Sedgwick, Detert, Moran & Arnold
213.615.8046 (direct)



********** PRIVILEGE AND CONFIDENTIALITY NOTICE ********** The information in this
electronic mail is intended for the named recipients only. It may contain privileged and
confidential matter.  If you have received this electronic mail in error, please notify
the sender immediately by replying to this e-mail or by collect call to (213) 426-6900. Do
not disclose the contents to anyone. Thank you.
```

1

