IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>CERTIFICATE OF COUNSEL |

-11-

## CERTIFICATE OF COUNSEL

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 37.1, I certify that I have not been served a Notice of the Deposition of Carol Ebia or any other deposition taking place between December 21, 2005 and December 31, 2005. I have in good faith attempted to confer with Defendant CUMIS Insurance Society's counsel in an effort to resolve this dispute without court action.

DATED: Honolulu, Hawaii, December 20, 2005.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

_____
JEFFREY S. HARRIS
ROMAN F. AMAGUIN
JAN MURANAKA BOIVIN
Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION