IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　　Defendant &<br>　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>DANIEL KEOMALU,<br><br>　　　　Third-Party Defendant. | CIVIL NO.  04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of foregoing document was duly served upon the following individual(s) via U.S. mail, postage-prepaid, addressed as follows:

MICHAEL R. DAVISSON, ESQ.
MARIA COUSINEAU, ESQ.
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017

Attorney for Defendant and Third-Party Plaintiff
CUMIS Insurance Society, Inc.

GREGORY W. KUGLE, ESQ.
1001 Bishop Street
1600 Pauahi Tower
Honolulu, HI 96813

Co-Counsel for Defendant and Third-Party Plaintiff
CUMIS Insurance, Society, Inc.

R. STEVEN GESHELL, ESQ.
6600 Kalanianaole Highway, Suite 116
Honolulu, Hawaii 96825

Attorney for Third-Party Defendant and Counterclaim Plaintiff
DANIEL KEOMALU

DUANE R. MIYASHIRO, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2200
Honolulu, HI 96813

Attorney for Plaintiff
Hickam Federal Credit Union

DATED:  Honolulu, Hawaii, December 20, 2005.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation


JEFFREY S. HARRIS
ROMAN F. AMAGUIN
JAN MURANAKA BOIVIN
Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION