# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00511JMS-BMK<br>CV 05-00510JMS-BMK |
| CASE NAME: | Hickam FCU vs.. Cumis Insurance Society, Inc.<br>Hickam FCU vs.. Cumis Insurance Society, Inc. |
| ATTYS FOR PLA: | Duane Miyashiro<br>Roman Amaguin |
| ATTYS FOR DEFT: | Gregory Kugle<br>Steven Geshell<br>Maria Cousineau |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 |
| DATE: | 12/22/2005 | TIME: | 9:56:00 - 10:07:00 |

COURT ACTION: EP: Counterclaim Defendant Hickam Federal Credit Union's Motion for Protective Order -

Arguments.

Counterclaim Defendant Hickam Federal Credit Union's Motion for Protective Order - Granted.

Court to allow discovery to go forward, and discovery materials may be used for all purposes in this case.

Re: use of discovery in the State Court action - parties to clarify with State Court.

Defendants to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.

G:\docs\toni\hickam fcu 12 22.wpd