# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00511JMS-BMK AND CV 05-00510JMS-BMK |
| CASE NAME: | Hickam FCU v. Cumis |
| ATTYS FOR PLA: | Duane R. Miyashiro |
| ATTYS FOR DEFT: | Gregory W. Kugle, Roma, F. Amaguin, Steven Geshell by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No record |
| DATE: | 1/17/2006 | TIME: | 10 - 10:20 |

COURT ACTION: EP: Status Conference Re Mediation - Miyashiro and Kugle to select a mediator asap.

The 2-10-06 hearing set for the following motions are vacated. Parties to call court with a new agreed upon hearing date and opposition due date:

- Cumis Insurance Society, Inc.'s Motion for Protective Order Precluding the Deposition of Cumis' Retained Trial Counsel, Michael R. Davisson

- Plaintiff Hickam Federal Credit Union's Motion to Disqualify Michael R. Davisson


Submitted by Richlyn Young, Courtroom Manager