ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 03 2006

at 1 o'clock and 54 min P M
SUE BEITIA, CLERK

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS         2718-0
ROMAN F. AMAGUIN          6610-0
JAN MURANAKA BOIVIN       8138-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>   Plaintiff & Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>   Defendant & Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>   Third-Party Defendant & Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>ORDER DENYING COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION FOR PROTECTIVE ORDER, FILED DECEMBER 20, 2005<br><br>Hearing<br>Date:  December 22, 2005<br>Time:  10:00 a.m.<br>Judge: Hon. Barry M. Kurren |

ORDER DENYING COUNTERCLAIM DEFENDANT HICKAM
FEDERAL CREDIT UNION'S MOTION FOR PROTECTIVE
<u>ORDER, FILED DECEMBER 20, 2005</u>

Counterclaim Defendant Hickam Federal Credit Union's ("HCFU") Motion for Protective Order, filed December 20, 2005, came on for hearing before the Court, Honorable Barry M. Kurren presiding, on December 22, 2005 at 10:00 a.m. Duane R. Miyashiro, Esq. appeared on behalf of Plaintiff Hickam Federal Credit Union, Maria Cousineau, Esq. and Gregory W. Kugle, Esq. appeared on behalf of Defendant and Third-Party Plaintiff CUMIS Insurance Society, Inc., R. Steven Geshell, Esq. appeared on behalf of Third-Party Defendant and Counterclaim Plaintiff Daniel Keomalu, and Roman F. Amaguin appeared on behalf of Counterclaim Defendant Hickam Federal Credit Union.

The Court being fully advised, having reviewed the motion and memoranda, declaration and exhibits in support of and any opposition to the motion, and having heard the oral argument of counsel and **good cause appearing therefor,**

IT IS HEREBY ORDERED that Counterclaim Defendant Hickam Federal Credit Union's ("HCFU") Motion for Protective Order, filed December 20, 2005 is denied.

DATED:    Honolulu, Hawaii, 2-3-2006.

HONORABLE BARRY M. KURREN

APPROVED AS TO FORM:

_____
DUANE R. MIYASHIRO
Attorney for Plaintiff
HICKAM FEDERAL CREDIT UNION

_____
MARIA COUSINEAU
GREGORY W. KUGLE
Attorneys for Defendant and Third-Party Plaintiff
CUMIS Insurance Society, Inc.

_____
R. STEVEN GESHELL
Attorney for Third-Party Defendant and
Counterclaim Plaintiff
DANIEL KEOMALU

---

Hickam Federal Credit Union v. CUMIS Insurance Society, Inc., et al.; Civil No. 04-00511 JMS/BMK; Civil No. 05-00510 JMS/BMK; ORDER DENYING COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION FOR PROTECTIVE ORDER, FILED DECEMBER 20, 2005
616166.V1

3