CARLSMITH BALL LLP

DUANE R. MIYASHIRO            6513-0
ELYZE J. MCDONALD              8100-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
Email:  dmiyashiro@carlsmith.com
           emcdonald@carlsmith.com

Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| --- | --- |
| Plaintiff, | CIVIL NO. 05-00510 JMS BMK |
| vs. | PLAINTIFF HICKAM FEDERAL CREDIT UNION'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |
| CUMIS INSURANCE SOCIETY, INC., | |
| Defendant. | |
| CUMIS INSURANCE SOCIETY, INC. | |
| Third-Party Plaintiff, | |
| vs. | TRIAL DATE:  June 6, 2006 |
| DANIEL KEOMALU, | |
| Third-Party Defendant. | |

4846-6492-3648.1.011785-00101

PLAINTIFF HICKAM FEDERAL CREDIT UNION'S
SECOND SUPPLEMENTAL INITIAL DISCLOSURES

Plaintiff Hickam Federal Credit Union ("Plaintiff"), by and through its attorneys, Carlsmith Ball LLP, submits its Second Supplemental Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.

Plaintiff hereby discloses the names of the following individuals likely to have discoverable information that it may use to support its claims or defenses, unless solely for impeachment.

1.  Gerard H.W. Auyong
    c/o Carlsmith Ball LLP

2.  Michael R. Davisson, Esq.
    Sedgwick Detert Moran & Arnold LLP
    801 South Figueroa Street, 18th Floor
    Los Angeles, California  90017-5556

3.  Carol Ebia
    c/o Carlsmith Ball LLP

4.  Benjamin M.K. Goo
    c/o Carlsmith Ball LLP

5.  Duke Hiyama
    c/o Carlsmith Ball LLP

6.  Leonard B. Huseby
    1832 Soscol Ave., Ste. 106
    Napa, California  94556

7.  A. Rex Johnson
    2200 Point Boulevard
    Elgin, Illinois  60123

    8.    Daniel T. Keomalu
           98-1861D Kaahumanu Street
           Aiea, Hawaii 96701

    9.    Stephen Y.H. Kwock
           1585 Kapiolani Boulevard, Suite 1625
           Honolulu, Hawaii 96814

    10.    Abigail Nishida
           c/o Carlsmith Ball LLP

    11.    Rick A. Onasch, CFE
           c/o CUMIS Insurance Society, Inc. (CUMIS)
           5910 Mineral Point Road
           Madison, Wisconsin 53701

    12.    Michael B. Retelle
           c/o CUMIS

    13.    Ray Romero
           c/o Carlsmith Ball LLP

The foregoing witnesses will testify as to liability and/or damages.

## II. DOCUMENTS.

Plaintiff may rely on the following additional documents, data compilations, and/or tangible things to support its claims or defenses, unless solely for impeachment:

    1.    CUMIS Form 500 Credit Union Bond No. 163-0089-18 effective January 14, 2002 through January 14, 2003.

    2.    HFCU Special Audit Report dated December 31, 2002.

    3.    HFCU Special Audit Report dated February 11, 2003.

    4.    CUMIS letter dated April 22, 2003.

    5.    CUMIS letter dated June 13, 2003.

      6.     Special Audit Report dated August 11, 2003.

      7.     HFCU letter dated August 14, 2003.

      8.     CUMIS letter dated September 4, 2003.

      9.     CUMIS letter dated July 29, 2004.

      10.    Documents produced in discovery proceedings.

III.    COMPUTATION OF DAMAGES.

Plaintiff makes available for inspection and copying an amended spreadsheet of losses from the exception period, which contains confidential information. Plaintiff continues to incur losses from loans made during the exception period, and reserves the right to further supplement its Initial Disclosures based upon on-going discovery and investigation.

DATED: Honolulu, Hawaii, February 9, 2006.

                              /s/ DUANE R. MIYASHIRO
                        DUANE R. MIYASHIRO
                        ELYZE J. MCDONALD

                        Attorneys for Plaintiff
                        HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　　Defendant.<br>_____<br>CUMIS INSURANCE SOCIETY, INC.<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>DANIEL KEOMALU,<br><br>　　　　Third-Party Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>TRIAL DATE: June 6, 2006 |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Roman F. Amaguin　　　rfa@torkildson.com, esy@torkildson.com

R. Steven Geshell　　　geshlaw@lava.net, geshplgl@lava.net

4846-6492-3648.1.011785-00101


2.

Served by First Class Mail:

Diane D. Hastert
Gregory W. Kugle
Tred R. Eyerly
Damon Key Leong Kupchak Hastert
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Michael R. Davisson
Maria Louise Cousineau
Susan Koehler Sullivan
Sedgwick Detert Moran & Arnold, LLP
801 S. Figueroa Street, 18th Floor
Los Angeles, California  90017-5556

Jeffrey S. Harris
Jan K. Boivin
Torkildson Katz Fonseca Jaffe Moore & Hetherington
Topa Financial Center Bishop St Tower
700 Bishop Street 15th Floor
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, February 9, 2006.


     /s/ DUANE R. MIYASHIRO
DUANE R. MIYASHIRO
ELYZE J. MCDONALD

Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION