ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| DIANE D. HASTERT | 2240-0 |
| ddh@hawaiilawyer.com | |
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| TRED R. EYERLY | 5641-0 |
| te@hawaiilawyer.com | |

1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 2 o'clock and 26 min. PM
SUE BEITIA, CLERK

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICHAEL R. DAVISSON        SBN 83278    (Pro Hac Vice)
michael.davisson@sdma.com
MARIA LOUISE COUSINEAU     SBN 122280   (Pro Hac Vice)
maris.cousineau@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California  90017-5556
Telephone:  (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
  CUMIS INSURANCE SOCIETY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, ) | CIVIL NO. CV 04-00511 JMS BMK |
| ) | [CONSOLIDATED CASES] |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CUMIS INSURANCE SOCIETY, INC., ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | TRIAL DATE: June 6, 2006 |
| ) | |
| _____ ) | |

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., )<br>)<br>      Third-Party )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL KEOMALU, )<br>)<br>      Third-Party )<br>      Defendant. )<br>_____)<br>)<br>HICKAM FEDERAL CREDIT UNION, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>CUMIS INSURANCE SOCIETY, INC. )<br>)<br>      Defendant. )<br>_____) | CIVIL NO. CV 05-00510 JMS BMK |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2006, a true and correct copy of the NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO FRCP RULE 30(b)(6); EXHIBIT "A" was duly served upon the following individuals to their last known address as follows as indicated:

| | |
|---|---|
| DUANE R. MIYASHIRO, ESQ.<br>Carlsmith Ball LLP<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff<br>   HICKAM FEDERAL CREDIT UNION | U. S. MAIL |
| S. RICHARD GESHELL, ESQ.<br>6600 Kalanianaole Highway, Suite 116<br>Honolulu, Hawaii 96825<br>Attorney for Third-Party Defendant<br>   Daniel Keomalu | U. S. MAIL |
| JEFFREY S. HARRIS, ESQ.<br>ROMAN F. AMAGUIN, ESQ.<br>JAN MURANAKA BOIVIN, ESQ.<br>Torkildson, Katz, Fonseca, Moore & Hetherington<br>700 Bishop Street, 15th Floor<br>Honolulu, Hawaii 96813<br>Attorneys for Counterclaim Defendant<br>   HICKAM FEDERAL CREDIT UNION | U. S. MAIL |

DATED: Honolulu, Hawaii, _February 9, 2006_.

DAMON KEY LEONG KUPCHAK HASTERT

_____
DIANE D. HASTERT
GREGORY W. KUGLE
TRED R. EYERLY

Attorneys for Defendant
   CUMIS INSURANCE SOCIETY, INC.