TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
ROMAN F. AMAGUIN        6610-0
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO.  04-00511 JMS BMK<br>CIVIL NO.  05-00510 JMS BMK<br><br>NOTICE OF MOTION; COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO STRIKE AND/OR DISMISS THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S COUNTERCLAIM FILED OCTOBER 28, 2005"; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBIT "A";<br><br>[caption continued on next page] |

|  | CERTIFICATE OF SERVICE<br><br>Non-Hearing Motion<br>Judge:  Hon. Barry M. Kurren |
|---|---|

## NOTICE OF MOTION

TO:  MICHAEL R. DAVISSON, ESQ.
      MARIA COUSINEAU, ESQ.
      801 South Figueroa Street, 18th Floor
      Los Angeles, CA  90017

      Attorney for Defendant and Third-Party Plaintiff
      CUMIS INSURANCE SOCIETY, INC.


      GREGORY W. KUGLE, ESQ.
      1001 Bishop Street
      1600 Pauahi Tower
      Honolulu, HI  96813

      Co-Counsel for Defendant and Third-Party Plaintiff
      CUMIS INSURANCE SOCIETY, INC.


      R. STEVEN GESHELL, ESQ.
      6600 Kalanianaole Highway, Ste. 116
      Honolulu, HI  96825

      Attorney for Third-Party Defendant and Counterclaim Plaintiff
      DANIEL KEOMALU

      DUANE R. MIYASHIRO, ESQ.
      American Savings Bank Tower
      1001 Bishop Street, Ste. 2200
      Honolulu, HI  96813

      Attorney for Plaintiff
      HICKAM FEDERAL CREDIT UNION

NOTICE IS HEREBY GIVEN that the attached COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO STRIKE AND/OR DISMISS THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S COUNTERCLAIM FILED OCTOBER 28, 2005" has been submitted to the above-entitled Court for consideration. Pursuant to Rule 7.4 of the Rules of the United States District Court for the District of Hawaii, any response to said Motion must be filed with the Court no later than eleven (11) days after the date of the certificate of service attached hereto.

DATED: Honolulu, Hawaii, March 2, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Roman F. Amaguin
>JEFFREY S. HARRIS
>ROMAN F. AMAGUIN
>Attorneys for Counterclaim Defendant
>HICKAM FEDERAL CREDIT UNION