IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>       Plaintiff &<br>       Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>       Defendant &<br>       Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>       Third-Party Defendant &<br>       Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO STRIKE AND/OR DISMISS THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S COUNTERCLAIM FILED OCTOBER 28, 2005" |

COUNTERCLAIM DEFENDANT HICKAM FEDERAL
CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER
TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL
CREDIT UNION LEAVE TO FILE ITS "MOTION TO STRIKE AND/OR
DISMISS THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF
DANIEL KEOMALU'S COUNTERCLAIM FILED OCTOBER 28, 2005"

Counterclaim Defendant Hickam Federal Credit Union (hereinafter referred

to as "HFCU"), by and through its counsel, hereby moves the Honorable Court to

amend the scheduling order to allow HFCU to file its "Motion to Strike and/or

Dismiss Third-Party Defendant and Counterclaim Plaintiff Daniel Keomalu's

Counterclaim, filed October 28, 2005."

This motion is brought pursuant to Rules 7 and 16 of the Federal Rules of Civil Procedure and Rule 7.1 and 7.2 of the local rules, and is based on the attached memorandum and declaration in support of motion, the records and files in this case, and other such reasons which may arise.

DATED:  Honolulu, Hawaii, March 2, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation


/s/ Roman F. Amaguin
JEFFREY S. HARRIS
ROMAN F. AMAGUIN
Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION