IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>   Plaintiff &<br>   Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>   Defendant &<br>   Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>   Third-Party Defendant &<br>   Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>DECLARATION OF COUNSEL; EXHIBIT "A" |

DECLARATION OF COUNSEL

I, ROMAN F. AMAGUIN, do hereby declare the following under penalty of perjury:

1.  I am an attorney licensed to practice law before all courts of the State of Hawaii and am a shareholder and director with the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel for record for HICKAM FEDERAL CREDIT UNION in its capacity as Counterclaim Defendant only in the above-

entitled action. I have personal knowledge of the facts stated herein and would competently testify to them if called as a witness.

2. Attached hereto as Exhibit "A" is a true and correct copy of the motion HFCU intends to file if the Court grants HFCU's instant motion.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 2, 2006.

/s/ Roman F. Amaguin
ROMAN F. AMAGUIN