TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS      2718-0
ROMAN F. AMAGUIN      6610-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>　　　Plaintiff &<br>　　　Counterclaim Defendant,<br><br>　vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　Defendant &<br>　　　Third-Party Plaintiff,<br><br>　vs.<br><br>DANIEL KEOMALU,<br><br>　　　Third-Party Defendant &<br>　　　Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE; CERTIFICATE OF SERVICE<br><br><br><br>Judge:　Hon. Barry M. Kurren |

## NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE

NOTICE IS HEREBY GIVEN that Jan M. Boivin, Esq. shall be taken off the Court's service list as she is no longer with the firm of Torkildson, Katz, Fonseca, Moore & Hetherington. Service for Counterclaim Defendant HICKAM FEDERAL CREDIT UNION shall be as follows:

> JEFFREY S. HARRIS, ESQ.
> ROMAN F. AMAGUIN, ESQ.
> Torkildson, Katz, Fonseca, Moore & Hetherington
> 700 Bishop St., 15th Floor
> Honolulu, HI  96813

DATED: Honolulu, Hawaii, March 2, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
>
> /s/ Roman F. Amaguin
> JEFFREY S. HARRIS
> ROMAN F. AMAGUIN
> Attorneys for Counterclaim Defendant
> HICKAM FEDERAL CREDIT UNION