# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00511JMS-BMK AND CV 05-00510JMS-BMK |
| CASE NAME: | Hickam Federal Credit Union v. Cumis Insurance Society, Inc. |
| ATTYS FOR PLA: | Duane R. Miyashiro |
| ATTYS FOR DEFT: | Michael R. Davisson and Steven Geshell by phone, Gregory W. Kugle, Jeffrey S. Harris |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/16/2006 | TIME: | 9:05 - 9:28 |

COURT ACTION:  EP: Settlement between Hickam Federal Credit Union and Cumis Insurance Society, Inc. placed on the record. - SEALED HEARING HELD.

Cumis' Motion for Protective Order and HFCU's Motion to Disqualify set for hearing on 4-6-06 are deemed withdrawn at the agreement of the parties.

Status Conference Re Third-Party Complaint is set for 3-20-06 @ 1:30 p.m., BMK.

Submitted by Richlyn Young, Courtroom Manager