R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net
Attorney for Third-Party Defendant and
 Counterclaim Plaintiff Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>          Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>          Defendant &<br>          Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br>          Third-Party Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>CERTIFICATE OF SERVICE REGARDING THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S OPPOSITION TO THE MOTION OF HICKAM FEDERAL CREDIT UNION TO AMEND THE SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE IT'S MOTION TO STRIKE AND/OR DISMISS THE THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S COUNTERCLAIM FILED OCTOBER 28, 2005<br><br>HEARING DATE:  April 6, 2006<br>          TIME:   9:00 a.m.<br>MAGISTRATE JUDGE:  BARRY M. KURREN<br>TRIAL DATE:  June 6, 2006 |

keomafed\cs opsn amend sch ord 031806

**CERTIFICATE OF SERVICE REGARDING
THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF
DANIEL KEOMALU'S OPPOSITION TO THE MOTION OF HICKAM
FEDERAL CREDIT UNION TO AMEND THE SCHEDULING ORDER
TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL
CREDIT UNION LEAVE TO FILE IT'S MOTION TO STRIKE AND/OR
DISMISS THE THIRD-PARTY DEFENDANT AND COUNTERCLAIM
PLAINTIFF DANIEL KEOMALU'S COUNTERCLAIM
FILED OCTOBER 28, 2005**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S OPPOSITION TO THE MOTION OF HICKAM FEDERAL CREDIT UNION TO AMEND THE SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE IT'S MOTION TO STRIKE AND/OR DISMISS THE THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S COUNTERCLAIM FILED OCTOBER 28, 2005 was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| <u>Name</u> & <u>Email Address</u> | <u>Date</u> |
|---|---|
| **Roman F. Amaguin, Esq.**<br>rfa@torkildson.com esy@torkildson.com | March 19, 2006 |
| **Tred R. Eyerly, Esq.**<br>.te@hawaiilawyer.com<br>usdc@hawaiilawyer.com;teyerly@hotmail.com;shelly@hawaiilawyer.com | March 19, 2006 |
| **Jeffrey S. Harris, Esq.**<br>jsh@torkildson.com | March 19, 2006 |
| **Gregory W. Kugle, Esq.**<br>usdc@hawaiilawyer.com | March 19, 2006 |
| **Elyze J. McDonald, Esq.**<br>emcdonald@Carlsmith.com | March 19, 2006 |
| **Duane R. Miyashiro, Esq.**,<br>DMiyashiro@Carlsmith.com vshull@carlsmith.com;ldouglas-wong@carlsmith.com | March 19, 2006 |

Served by First Class Mail:

| <u>Name & Address</u> | <u>Date</u> |
|---|---|
| **Michael R. Davisson, Esq.**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St 18th Flr<br>Los Angeles, CA 90017 | March 19, 2006 |

Served by Hand Delivery:  None

DATED:  This 19th day of March, 2006.

                                    /s/  R. Steven Geshell
                              R. STEVEN GESHELL
                              Attorney for Third-Party Defendant and
                                Counterclaim Plaintiff Daniel Keomalu