TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0
ROMAN F. AMAGUIN     6610-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>NOTICE OF MOTION; COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT"; MEMORANDUM IN SUPPORT OF MOTION;<br><br>[caption continued on next page] |

620997.V1

|   | DECLARATION OF COUNSEL; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Hon. Barry M. Kurren |
|---|---|

## NOTICE OF MOTION

TO: MICHAEL R. DAVISSON, ESQ.
MARIA COUSINEAU, ESQ.
801 South Figueroa Street, 18th Floor
Los Angeles, CA 90017

Attorney for Defendant and Third-Party Plaintiff
CUMIS INSURANCE SOCIETY, INC.

GREGORY W. KUGLE, ESQ.
1001 Bishop Street
1600 Pauahi Tower
Honolulu, HI 96813

Co-Counsel for Defendant and Third-Party Plaintiff
CUMIS INSURANCE SOCIETY, INC.

R. STEVEN GESHELL, ESQ.
6600 Kalanianaole Highway, Ste. 116
Honolulu, HI 96825

Attorney for Third-Party Defendant and Counterclaim Plaintiff
DANIEL KEOMALU

DUANE R. MIYASHIRO, ESQ.
American Savings Bank Tower
1001 Bishop Street, Ste. 2200
Honolulu, HI 96813

Attorney for Plaintiff
HICKAM FEDERAL CREDIT UNION

NOTICE IS HEREBY GIVEN that the attached "COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "'MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT'" has been submitted to the above-entitled Court for consideration.

The motion will be heard before the Honorable Barry M. Kurren, in his courtroom in the United States Courthouse, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at \_\_\_\_\_ o'clock \_\_\_\_.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, March 20, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Jeffrey S. Harris
>JEFFREY S. HARRIS
>ROMAN F. AMAGUIN
>Attorneys for Counterclaim Defendant
>HICKAM FEDERAL CREDIT UNION