IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, JEFFREY S. HARRIS, do hereby declare the following under penalty of perjury:

1.    I am an attorney licensed to practice law before all courts of the State of Hawaii and am a shareholder and director with the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel for record for HICKAM FEDERAL CREDIT UNION ("HFCU") in its capacity as Counterclaim Defendant only in the

620999.V1

above-entitled action. I have personal knowledge of the facts stated herein and would competently testify to them if called as a witness.

2. HFCU is submitting its "Motion To Amend Scheduling Order To Allow Counterclaim Defendant Hickam Federal Credit Union Leave To File Its `Motion To Dismiss Counterclaim Plaintiff's Counterclaim For Lack Of Supplemental Jurisdiction Or In The Alternative To Stay Counterclaim Pending Resolution In State Court'" with this Application. The motion could not have been filed earlier since the claims over which the Court had original jurisdiction were not settled between Plaintiff HFCU and Defendant Cumis Insurance Society, Inc. until March 16, 2006.

3. Presently, HFCU's "Motion To Amend Scheduling Order To Allow Counterclaim Defendant Hickam Federal Credit Union Leave To File Its `Motion To Strike And/Or Dismiss Third-Party Defendant And Counterclaim Plaintiff Daniel Keomalu's Counterclaim Filed October 28, 2005'" is scheduled to be heard by the Honorable Court on April 6, 2006.

4. On March 20, 2006, my office attempted to contact by electronic mail Mr. Keomalu's counsel to ask that the parties stipulate to an April 6, 2006 hearing date on the "Motion To Amend Scheduling Order To Allow Counterclaim Defendant Hickam Federal Credit Union Leave To File Its `Motion To Dismiss Counterclaim Plaintiff's Counterclaim For Lack Of Supplemental Jurisdiction Or

In The Alternative To Stay Counterclaim Pending Resolution In State Court.'" An April 6, 2006, would allow the Court to hear both motions on the same date.

5. Opposing counsel did not respond.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 20, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS