TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0
ROMAN F. AMAGUIN         6610-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HICKAM FEDERAL CREDIT UNION, Plaintiff & Counterclaim Defendant, vs. CUMIS INSURANCE SOCIETY, INC., Defendant & Third-Party Plaintiff, vs. DANIEL KEOMALU, Third-Party Defendant & Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>NOTICE OF HEARING; COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>DATE: _____<br>TIME: _____<br>JUDGE: Hon. J. Michael Seabright |
|---|---|

620947.V1

## NOTICE OF HEARING

TO:   MICHAEL R. DAVISSON, ESQ.
      MARIA COUSINEAU, ESQ.
      801 South Figueroa Street, 18th Floor
      Los Angeles, CA  90017

      Attorney for Defendant and Third-Party Plaintiff
      CUMIS INSURANCE SOCIETY, INC.


      GREGORY W. KUGLE, ESQ.
      1001 Bishop Street
      1600 Pauahi Tower
      Honolulu, HI  96813

      Co-Counsel for Defendant and Third-Party Plaintiff
      CUMIS INSURANCE SOCIETY, INC.


      R. STEVEN GESHELL, ESQ.
      6600 Kalanianaole Highway, Ste. 116
      Honolulu, HI  96825

      Attorney for Third-Party Defendant and Counterclaim Plaintiff
      DANIEL KEOMALU

      DUANE R. MIYASHIRO, ESQ.
      American Savings Bank Tower
      1001 Bishop Street, Ste. 2200
      Honolulu, HI  96813

      Attorney for Plaintiff
      HICKAM FEDERAL CREDIT UNION

      PLEASE TAKE NOTICE that "COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT" will be heard before the Honorable Barry M. Kurren, in his courtroom in the United States Courthouse, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ o'clock \_\_\_\_.m., or as soon thereafter as counsel may be heard.

      DATED: Honolulu, Hawaii, March 20, 2006.

                                        TORKILDSON, KATZ, FONSECA,
                                      MOORE & HETHERINGTON,
                                      Attorneys at Law, A Law Corporation

                                      /s/ Jeffrey S. Harris
                                    JEFFREY S. HARRIS
                                    ROMAN F. AMAGUIN
                                    Attorneys for Counterclaim Defendant
                                    HICKAM FEDERAL CREDIT UNION