IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff &<br>　　　　Counterclaim Defendant,<br><br>　　vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　　Defendant &<br>　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>DANIEL KEOMALU,<br><br>　　　　Third-Party Defendant &<br>　　　　Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT |

COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT
UNION'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S
COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN
THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S
COUNTERCLAIM
<u>PENDING RESOLUTION IN STATE COURT</u>

Counterclaim Defendant Hickam Federal Credit Union (hereinafter referred to as "HFCU"), by and through its counsel, hereby moves the Honorable Court to dismiss Counterclaim Plaintiff Daniel Keomalu's counterclaim for lack of supplemental jurisdiction or in the alternative to stay the counterclaim pending

620947.V1

resolution in state court.

This motion is brought pursuant to Rules 7 and 16 of the Federal Rules of Civil Procedure and Rule 7.1 and 7.2 of the local rules, and is based on the attached memorandum and declaration in support of motion, the records and files in this case, and other such reasons which may arise.

DATED: Honolulu, Hawaii, March 20, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation


/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
ROMAN F. AMAGUIN
Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION