IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, JEFFREY S. HARRIS, do hereby declare the following under penalty of perjury:

1.    I am an attorney licensed to practice law before all courts of the State of Hawaii and am a shareholder and director with the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel for record for HICKAM FEDERAL CREDIT UNION in its capacity as Counterclaim Defendant only in the above-

620947.V1

entitled action. I have personal knowledge of the facts stated herein and would competently testify to them if called as a witness.

2. Hickam Federal Credit Union ("HFCU") is a non-profit organization that was organized and operates in and is a citizen of the State of Hawai'i.

3. I understand that Daniel Keomalu is a citizen of the State of Hawai'i.

4. Plaintiff HFCU and Defendant CUMIS have settled Civil No. 04-00511 JMS/BMK and Civil No. 05-00510 JMS/BMK and the only claims remaining in the federal action are contained in Keomalu's counterclaim.

5. On March 16, 2006, the Court placed the settlement between Plaintiff HFCU and Defendant CUMIS on the record.

6. The remaining counterclaim consists of claims (the common law public policy claim and the claim that HFCU violated HRS §378-62) identical to those Keomalu asserted against HFCU in a lawsuit filed in the Circuit Court of the First Circuit, State of Hawai'i.

7. On April 21, 2004, Keomalu filed a state court action, <u>Daniel T. Keomalu v. Hickam Federal Credit Union</u>; et al., Civil No. 04-1-0732-04 (EEH).

8. On December 29, 2004, the Honorable Judge Hifo granted summary judgment on Keomalu's public policy tort claim and on November 30, 2005, denied Keomalu's motion to reconsider the granting of summary judgment.

9. A state court jury trial on the remaining claims, Keomalu's whistleblower

claim under HRS §378-62 and a defamation claim commenced on February 6, 2006.

10. The state court jury trial ended on February 13, 2006 when the Honorable Judge Hifo issued a directed verdict in favor of HFCU and against Keomalu on both claims.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 20, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS