TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
ROMAN F. AMAGUIN           6610-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>       Plaintiff &<br>       Counterclaim Defendant,<br><br>  vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>       Defendant &<br>       Third-Party Plaintiff,<br><br>  vs.<br><br>DANIEL KEOMALU,<br><br>       Third-Party Defendant &<br>       Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING** COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT;<br><br>**[caption continued on next page]** |

621004.V1

DECLARATION OF COUNSEL; **(PROPOSED) ORDER SHORTENING TIME FOR HEARING** COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT; CERTIFICATE OF SERVICE

Non-Hearing Motion
Judge:      Hon. J. Michael Seabright

621004.V1                                2

APPLICATION FOR ORDER SHORTENING TIME FOR HEARING
COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S
MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM
FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE
ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S
COUNTERCLAIM PENDING RESOLUTION IN STATE COURT

Counterclaim Defendant Hickam Federal Credit Union (hereinafter referred

to as "HFCU"), by and through its counsel, hereby applies for an order by this

Court shortening the time for hearing its Motion To Dismiss Counterclaim

Plaintiff's Counterclaim For Lack Of Supplemental Jurisdiction Or In The

Alternative To Stay Counterclaim Pending Resolution In State Court.

HFCU makes this application pursuant to LR 6.2. It is based on the attached

Declaration of Counsel and the record in this action.

DATED: Honolulu, Hawaii, March 20, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
>
> /s/ Jeffrey S. Harris
> JEFFREY S. HARRIS
> ROMAN F. AMAGUIN
> Attorneys for Counterclaim Defendant
> HICKAM FEDERAL CREDIT UNION

621004.V1