# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00511JMS-BMK AND CV 05-00510JMS-BMK |
| CASE NAME: | Hickam Federal Credit Union v. Cumis Insurance Society, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | Gregory W. Kugle, Michael R. Davisson by phone, Steven Geshell, Jeffrey S. Harris, Roman F. Amaguin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 3/20/2006 | TIME: | 1:30 - 2 |

COURT ACTION:  EP: Settlement Conference and Status Conference Re Third-Party Complaint held.

Submitted by Richlyn Young, Courtroom Manager