IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>ORDER SHORTENING TIME FOR HEARING COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT" |

ORDER SHORTENING TIME FOR HEARING
HICKAM FEDERAL CREDIT UNION'S
MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM
DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS
"MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM
FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE
ALTERNATIVE TO STAY COUNTERCLAIM PENDING RESOLUTION IN
STATE COURT"

BASED UPON the consideration of the foregoing APPLICATION FOR ORDER SHORTENING TIME FOR HEARING HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PENDING RESOLUTION IN STATE COURT"; and good cause appearing therefor,

IT IS HEREBY ORDERED that Hickam Federal Credit Union's APPLICATION FOR ORDER SHORTENING TIME FOR HEARING COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT," shall be and is hereby GRANTED.

Hickam Federal Credit Union's MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT," filed on March 20, 2006, will come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled court, United States Courthouse, PJKK Federal Bldg., 300 Ala Moana Blvd., on April 5, 2006, at 2:00 p.m., or as soon thereinafter as counsel may be heard.  Any opposition to said Motion will be filed on or before March 29, 2006.



**/s/ Barry M. Kurren**
**United States Magistrate Judge**
**Dated: March 21, 2006**

___

Hickam Federal Credit Union v. Cumis Insurance Society, Inc. v. Daniel Keomalu; CIVIL NO. 04-00511 JMS BMK & CIVIL NO. 05-00510 JMS BMK;
ORDER SHORTENING TIME FOR HEARING HICKAM FEDERAL CREDIT UNION'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS "MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PENDING RESOLUTION IN STATE COURT"