R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net
Attorney for Third-Party Defendant and
  Counterclaim Plaintiff Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| | CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | CERTIFICATE OF SERVICE REGARDING THIRD-PARTY |
| vs. | DEFENDANT AND COUNTERCLAIM PLAINTIFF |
| CUMIS INSURANCE SOCIETY, INC., | DANIEL KEOMALU'S OPPOSITION TO THE MOTION OF HICKAM FEDERAL CREDIT UNION TO |
| Defendant & Third-Party Plaintiff, | AMEND THE SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL |
| vs. | CREDIT UNION LEAVE TO FILE ITS MOTION TO DISMISS |
| DANIEL KEOMALU, Third-Party Defendant. | COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR, ALTERNATIVELY, TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT HEARING DATE:  April 5, 2006           TIME:   2:00 p.m. MAGISTRATE JUDGE:  BARRY M. KURREN TRIAL DATE:  June 6, 2006 |

keomafed\cs opsn amend  re dismiss cc 032406

**CERTIFICATE OF SERVICE REGARDING
THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF
DANIEL KEOMALU'S OPPOSITION TO THE MOTION OF HICKAM
FEDERAL CREDIT UNION TO AMEND THE SCHEDULING
ORDER TO ALLOW COUNTERCLAIM DEFENDANT
HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS
MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S
COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION
OR, ALTERNATIVELY, TO STAY COUNTERCLAIM
PLAINTIFF'S COUNTERCLAIM PENDING**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the THIRD-PARTY DEFENDANT AND COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S OPPOSITION TO THE MOTION OF HICKAM FEDERAL CREDIT UNION TO AMEND THE SCHEDULING ORDER TO ALLOW COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION LEAVE TO FILE ITS MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR, ALTERNATIVELY, TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name & Email Address | Date |
|---|---|
| **Roman F. Amaguin, Esq.**<br>rfa@torkildson.com esy@torkildson.com | March 28, 2006 |
| **Tred R. Eyerly, Esq.**<br>.te@hawaiilawyer.com<br>usdc@hawaiilawyer.com;teyerly@hotmail.com;shelly@hawaiilawyer.com | March 28, 2006 |
| **Jeffrey S. Harris, Esq.**<br>jsh@torkildson.com | March 28, 2006 |
| **Gregory W. Kugle, Esq.**<br>usdc@hawaiilawyer.com | March 28, 2006 |
| **Elyze J. McDonald, Esq.**<br>emcdonald@Carlsmith.com | March 28, 2006 |
| **Duane R. Miyashiro, Esq.**,<br>DMiyashiro@Carlsmith.com vshull@carlsmith.com;ldouglas-wong@carlsmith.com | March 28, 2006 |

Served by First Class Mail:

| Name & Address | Date |
|---|---|
| **Michael R. Davisson, Esq.**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St 18th Flr<br>Los Angeles, CA 90017 | March 28, 2006 |

Served by Hand Delivery:  None

DATED:  This 28th day of March, 2006.

                                      /s/  R. Steven Geshell
                              R. STEVEN GESHELL
                              Attorney for Third-Party Defendant and
                               Counterclaim Plaintiff Daniel Keomalu