IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HICKAM FEDERAL CREDIT UNION, | ) ) | CIV. NO. 04-00511 JMS BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CUMIS INSURANCE SOCIETY, INC., and DOES 1-10, | ) ) ) ) | ORDER DENYING COUNTERCLAIM DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME FOR |
| Defendants. | ) ) | HEARING AND VACATING TRIAL DATE AND PRETRIAL |
| _____ | ) | DEADLINES |
| CUMIS INSURANCE SOCIETY, INC., | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| DANIEL KEOMALU, | ) ) | |
| Third-Party Defendant | ) ) ) | |
| _____) | | |

ORDER DENYING COUNTERCLAIM DEFENDANT'S APPLICATION FOR
ORDER SHORTENING TIME FOR HEARING AND VACATING TRIAL
DATE AND PRETRIAL DEADLINES

On March 20, 2006, Counterclaim Defendant Hickam Federal Credit

Union ("Hickam") filed an Application for Order Shortening Time for Hearing Counterclaim Defendant Hickam Federal Credit Union's Motion to Dismiss Counterclaim Plaintiff's Counterclaim for Lack of Supplemental Jurisdiction or in the Alternative to Stay Counterclaim Plaintiff's Counterclaim Pending Resolution in State Court ("Application to Shorten Time").  The court DENIES Hickam's Application to Shorten Time.  The court will hear the motion to dismiss at 9:00 a.m. on June 5, 2006.

Given the possibility that disposition of Hickam's motion may moot the need for trial, the court hereby vacates the June 6, 2006 trial date and all associated pre-trial deadlines.  After the court rules on the Defendant's motion, the parties shall, if necessary, request another Scheduling Conference with Magistrate Judge Kurren to set a new trial date and pre-trial deadlines.

IT IS SO ORDERED

DATED:  Honolulu, Hawaii, March 29, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Hickam Federal Credit Union v. Cumis Ins. Society*, Civ. No. 04-00511JMS, Order Denying Counterclaim Defendant's Application for Order Shortening Time for Hearing and Vacating Trial Date and Pretrial Deadlines