IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>      Plaintiff &<br>      Counterclaim Defendant,<br><br>  vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>      Defendant &<br>      Third-Party Plaintiff,<br><br>  vs.<br><br>DANIEL KEOMALU,<br><br>      Third-Party Defendant &<br>      Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2006, a true and correct copy of the foregoing document was duly served upon the following individuals at either their last known address via U.S. first-class mail, postage prepaid or by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

MICHAEL R. DAVISSON, ESQ.            [via U.S. mail]
MARIA COUSINEAU, ESQ.
801 South Figueroa Street, 18th Floor
Los Angeles, CA  90017

Attorney for Defendant and Third-Party Plaintiff
CUMIS INSURANCE SOCIETY, INC.


GREGORY W. KUGLE, ESQ.        [via email – usdc@hawaiilawyer.com]
1001 Bishop Street
1600 Pauahi Tower
Honolulu, HI  96813

Co-Counsel for Defendant and Third-Party Plaintiff
CUMIS INSURANCE SOCIETY, INC.


R. STEVEN GESHELL, ESQ.            [via email – geshlaw@lava.net,
6600 Kalanianaole Highway, Ste. 116     geshplgl@lava.net]
Honolulu, HI  96825

Attorney for Third-Party Defendant and Counterclaim Plaintiff
DANIEL KEOMALU


DUANE R. MIYASHIRO, ESQ.        [via email – Dmiyashiro@Carlsmith.com]
American Savings Bank Tower
1001 Bishop Street, Ste. 2200
Honolulu, HI  96813

Attorney for Plaintiff
HICKAM FEDERAL CREDIT UNION

DATED: Honolulu, Hawaii, March 31, 2006.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation


        /s/ Roman F. Amaguin
        JEFFREY S. HARRIS
        ROMAN F. AMAGUIN
        Attorneys for Counterclaim Defendant
        HICKAM FEDERAL CREDIT UNION

620947.V2