# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00511JMS-BMK AND CV 05-00510JMS-BMK

CASE NAME: Hickam Federal Credit Union v. Cumis Insurance Society

ATTYS FOR PLA: Duane R. Miyashiro

ATTYS FOR DEFT: Diane D. Hastert, Michael R. Davisson by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 4/5/2006 | TIME: | 10:30 - 11:05 |

COURT ACTION:  EP: Status Conference Re Form of Release as to Hickam and Cumis held.

Further conference set for 4-17-06 @ 9:30 a.m., BMK.


Submitted by Richlyn Young, Courtroom Manager