R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Third-Party Defendant and
  Counterclaim Plaintiff
  Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| | CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES OF MICHAEL R. DAVISSON, ESQ. |
| vs. | |
| CUMIS INSURANCE SOCIETY, INC., | |
| Defendant & Third-Party Plaintiff, | TRIAL DATE:  June 6, 2006 |
| vs. | |
| DANIEL KEOMALU, Third-Party Defendant. | |

**NOTICE OF TAKING DEPOSITION UPON WRITTEN
INTERROGATORIES OF MICHAEL R. DAVISSON, ESQ.**

To:  **Roman F. Amaguin, Esq.**
rfa@torkildson.com esy@torkildson.com

**Tred R. Eyerly, Esq.**
.te@hawaiilawyer.com
usdc@hawaiilawyer.com;teyerly@hotmail.com;shelly@hawaiilawyer.com

**Jeffrey S. Harris, Esq.**
jsh@torkildson.com

**Gregory W. Kugle, Esq.**
usdc@hawaiilawyer.com

**Elyze J. McDonald, Esq.**
emcdonald@Carlsmith.com

**Duane R. Miyashiro, Esq.**,
DMiyashiro@Carlsmith.com vshull@carlsmith.com;ldouglas-wong@carlsmith.com

**Michael R. Davisson, Esq.**
Sedgwick Detert Moran & Arnold
801 S Figueroa St 18th Flr
Los Angeles, CA 90017

PLEASE TAKE NOTICE that on behalf of Third-Party Defendant and Counterclaim Plaintiff Daniel Keomalu, the following deposition(s) will be taken on Monday, May 1, 2006, at 1:00 p.m., upon the interrogatories attached hereto, and such cross, redirect and recross interrogatories as may be duly served herein, at the office of Pacific Reporting Services Unlimited, Inc., 733 Bishop Street, Ste. 1470, Honolulu, HI 96813, before a notary public duly authorized to administer oaths:

<u>NAME(S) AND ADDRESS(ES)</u>:                                              <u>TIME(S)</u>:

MICHAEL R. DAVISSON                                                        1:00 p.m.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 18th Floor
Los Angeles, California  90017-5556


<u>CUSTODIANS OF RECORDS</u>:

MICHAEL R. DAVISSON                                                        1:00 p.m.
SEDGWICK, DETERT, MORAN & ARNOLD LLP


This deposition(s) is taken pursuant to Rule 31 of the Federal Rules of Civil

Procedure.


DATED:  Honolulu, Hawaii, this 18th day of  April, 2006.


                                                                          /s/  R. Steven Geshell
                                                                          R. STEVEN GESHELL
                                                                          Attorney for Third-Party Defendant
                                                                            and Counterclaim Plaintiff
                                                                            Daniel Keomalu

## INTERROGATORIES

1. Please state your name.

2. What is your residence address?

3. Are you employed?

4. What is your employer's name?

5. What is your employer's address?

6. What is your job or position with your employer?

7. In that position, do you have under your care, custody and control, any and all records kept by your employer pertaining to your employer's patients?

8. Among your employer's records under your care, custody, and control, are there any records pertaining to any and all written, oral, and video depositions and exhibits pertaining thereto taken in this litigation from its inception to date.

9. Where those records made in the regular course of business?

10. Were those records made during and transcribed after the depositions taken in this case?

11.     Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's records pertaining to the above-mentioned depositions?

12.     Do you have all of those records with you?

13.     Are those records complete?

14.     Do they contain a record of bills and charges for all services rendered?

15.     Has any portion of those records ever been removed from your care, custody, and control prior to this time?

16.     If so, when and by whom?

17.     Has any portion of those records ever been altered prior to this time?

18.     If so, when and by whom?

19.     What identifies those records as pertaining to the above-mentioned depositions?

20.     Would you please turn over to the notary public at this time complete and legible copies of any and all of your employer's records pertaining to the above-

mentioned depositions pursuant to the requirements of the Subpoena Duces Tecum with which you were served?

21.     Please describe briefly but completely so that they may be readily identified the above-mentioned records which you have turned over to the notary public.

22.     Please describe briefly but completely so that they may be readily identified any of your employer's records pertaining to the above-mentioned depositions which you have not turned over to the notary public, including both those records which you may have brought with you and those records which you have not brought with you.

22.     Are you willing to waive the reading and signing of this deposition.