R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Third-Party Defendant and
 Counterclaim Plaintiff
 Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| | CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | CERTIFICATE OF SERVICE REGARDING SUBPOENA IN A |
| vs. | CIVIL CASE TO MICHAEL DAVISSON, dated April 25, 2006 |
| CUMIS INSURANCE SOCIETY, INC., | |
| | TRIAL DATE: June 6, 2006 |
| Defendant & Third-Party Plaintiff, | |
| vs. | |
| DANIEL KEOMALU, | |
| Third-Party Defendant. | |

keomafed\cs subpoena davisson 042606

## CERTIFICATE OF SERVICE REGARDING SUBPOENA
## IN A CIVIL CASE TO MICHAEL DAVISSON , dated April 25, 2006

I HEREBY CERTIFY that a copy of the SUBPOENA IN A CIVIL CASE TO MICHAEL DAVISSON, dated April 25, 2006, was duly served on the following person(s) by email this 26th day of April, 2006:

>JEFFREY S. HARRIS, ESQ.
>Torkildson, Katz, Fonseca, Moore & Heatherington
>700 Bishop Street, 15th Floor
>Honolulu, HI  96813
>Email: jsh@torkildson.com
>
>Attorneys for Counterclaim Defendant
> Hickam Federal Credit Union
>
>
>DUANE R. MIYASHIRO, ESQ.
>Carlsmith Ball, LLP
>Ste. 2200, ASB Tower
>1001 Bishop Street
>Honolulu, HI  96813
>Email: DMiyashiro@Carlsmith.com
>
>Attorneys for Plaintiff
> Hickam Federal Credit Union

GREGORY W. KUGLE, ESQ.
Damon, Key, Leong, Cupchak, & Hastert
1600 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Email: usdc@hawaiilawyer.com

Attorneys for Defendant and Third-Party Plaintiff
 CUMIS Insurance Society, Inc.


MICHAEL R. DAVISSON, ESQ.
Sedgwick Detert Moran & Arnold
801 S Figueroa St 18th Flr
Los Angeles, CA 90017
Email: michael.davisson@sdma.com
Attorney for Defendant and Third-Party Plaintiff
 CUMIS Insurance Society, Inc.


   /s/  R. Steven Geshell
  R. STEVEN GESHELL
  Attorney for Third-Party Defendant and
   Counterclaim Plaintiff
   Daniel Keomalu