R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Third-Party Defendant
and Counterclaimant
  Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | DECLARATION OF R. STEVEN GESHELL IN SUPPORT OF DANIEL KEOMALU'S MEMORANDUM IN OPPOSITION TO HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS THE COUNTERCLAIM; EXHIBIT 1 |
| vs. | |
| CUMIS INSURANCE SOCIETY, INC., | |
| Defendant & Third-Party Plaintiff, | TRIAL DATE: June 6, 2006 |
| vs. | |
| DANIEL KEOMALU,<br>Third-Party Defendant & Counterclaimant. | |

keomafed\decl rsg opsn dismiss cntrclm 050906

**DECLARATION OF R. STEVEN GESHELL
IN SUPPORT OF DANIEL KEOMALU'S MEMORANDUM IN
OPPOSITION TO HICKAM FEDERAL CREDIT UNION'S MOTION
TO DISMISS THE COUNTERCLAIM**

1. I, R. STEVEN GESHELL, am the attorney for the Third-Party Defendant and Counterclaimant in the above-entitled case. I make this declaration upon personal knowledge of the facts contained herein.

2. Attached hereto, marked Exhibit 1, is a true and correct copy of the Notice of Appeal filed in the state court litigation in the First Circuit Court, appealing the decisions of Judge Hifo to the Hawaii Supreme Court in that case.

3. It is anticipated that appeal will take about three years to be decided by the Hawaii Supreme Court.

4. I declare under penalty of law that the foregoing is true and correct. EXECUTED on this 9th day of May, 2006.

    /s/ R. Steven Geshell
R. STEVEN GESHELL

R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax. No. 808.395.8556

WILLIAM FENTON SINK, 3546
735 Bishop Street, Ste. 400
Honolulu, HI 96813
Tel. No. 808.531.7162
Fax. No. 808.524.2055

Co-counsel for Plaintiff
Daniel T. Keomalu

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 APR -7 PM 3: 15

J. KUBO
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAII

| | |
|---|---|
| DANIEL T. KEOMALU,<br>   Plaintiff,<br>vs.<br><br>HICKAM FEDERAL CREDIT UNION;<br>GERARD AUYONG; STEPHEN<br>Y. H. KWOCK; JOHN DOES 1-10;<br>JANE DOES 1-10; DOE<br>CORPORATIONS 1-10; and DOE<br>UNINCORPORATED ASSOCIATIONS,<br>INCLUDING PARTNERSHIPS 1-10,<br>   Defendants, | CIVIL NO. 04-1-0732-04 (EEH)<br>(Other Non-Vehicle Tort)<br><br>PLAINTIFF DANIEL T. KEOMALU'S<br>NOTICE OF APPEAL; EXHIBIT A<br><br>TRIAL WEEK: February 6, 2006 |

keomacir\ntc appeal 040606

## PLAINTIFF DANIEL T. KEOMALU'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Daniel T. Keomalu, Plaintiff, by and through his attorneys, R. Steven Geshell and William Fenton Sink, pursuant to HRS § 641-1(a) and Rule 3 of the Hawaii Rules of Appellate Procedure, appeals to the Supreme Court and the Intermediate Court of Appeals of the State of Hawaii from the final judgment filed April 6, 2006, and attached hereto, marked Exhibit A.

(CERTIFICATE OF SERVICE ATTACHED)

Exhibit 1 - Page 1 of 10

DATED: Honolulu, Hawaii, this 7th day of April, 2006.

_____
R. STEVEN GESHELL
WILLIAM FENTON SINK
Co-counsel for Plaintiff
  Daniel T. Keomalu

Exhibit 1 - Page 2 of 10                    2

```
                                                    FIRST CIRCUIT COURT
                                                       STATE OF HAWAII
                                                            FILED
TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON                                2006 APR -6  AM 11: 26
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0                         H. CHING
700 Bishop Street, 15th Floor                            CLERK
Honolulu, Hawaii 96813-4187
Telephone:   (808) 523-6000
Facsimile:   (808) 523-6001
```

Attorneys for Defendants
HICKAM FEDERAL CREDIT UNION and
GERARD AUYONG

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| DANIEL T. KEOMALU,<br><br>Plaintiff,<br><br>vs.<br><br>HICKAM FEDERAL CREDIT UNION; et al.;<br><br>Defendants. | CIVIL NO. 04-1-0732-04 (EEH)<br>(Other Non-Vehicle Tort)<br><br>FINAL JUDGMENT FOR DEFENDANTS HICKAM FEDERAL CREDIT UNION, GERARD AUYONG, AND STEPHEN Y.H. KWOCK, AND AGAINST PLAINTIFF DANIEL T. KEOMALU AS TO ALL OF THE CLAIMS IN PLAINTIFF'S COMPLAINT, INCLUDING THE CLAIMS IN THE FIRST THROUGH TENTH CAUSES OF ACTION OF PLAINTIFF'S COMPLAINT, AND ANY OTHER CLAIMS THAT MAY BE IN PLAINTIFF'S COMPLAINT, BASED ON THE EXPRESS DETERMINATION THAT THERE IS NO JUST REASON FOR DELAY IN THE ENTRY OF SUCH JUDGMENT PURSUANT TO HAW. R. CIV. P. 54(B)<br><br>Trial Date:   February 6, 2006 |

**FINAL JUDGMENT FOR DEFENDANTS HICKAM FEDERAL CREDIT UNION, GERARD AUYONG, AND STEPHEN Y.H. KWOCK, AND AGAINST PLAINTIFF DANIEL T. KEOMALU AS TO ALL OF THE CLAIMS IN PLAINTIFF'S COMPLAINT, INCLUDING THE CLAIMS IN THE FIRST THROUGH TENTH CAUSES OF ACTION**



OF PLAINTIFF'S COMPLAINT, AND ANY OTHER CLAIMS THAT MAY BE IN PLAINTIFF'S COMPLAINT, BASED ON THE EXPRESS DETERMINATION THAT THERE IS NO JUST REASON FOR DELAY IN THE ENTRY OF SUCH JUDGMENT PURSUANT TO HAW. R. CIV. P. 54(B)

It is hereby ordered, pursuant to Rule 54(b) of the Hawaii Rules of Civil Procedure, and pursuant to the:

(1) July 1, 2004 Order Granting in Part and Denying in Part Defendant Hickam Federal Credit Union and Gerard Auyong's Motion to Dismiss Plaintiff Daniel T. Keomalu's Complaint (Except as to the Timely Exhausted Claims of Discrimination based on Age and Ancestry in the "First Cause of Action" and "Fifth Cause of Action");

(2) July 7, 2004 Order Granting Defendant Stephen Y.H. Kwock's Motion to Dismiss the First, Second, Fourth and Seventh Causes of Action of Plaintiff Daniel T. Keomalu's Complaint Filed May 14, 2004;

(3) July 23, 2004 Order Denying in Part and Granting in Part Stephen Y.H. Kwock's Motion to Dismiss, and Continuing the Motion for Partial Summary Judgment, Filed June 2, 2004, on the Third, Fifth, Sixth, and Tenth Causes of Action of Plaintiff's Complaint;

(4) November 17, 2004 Order Denying in Part the Motion of Defendants Hickam Federal Credit Union and Gerard Auyong for Partial Summary Judgment as to the Plaintiff's Eighth Cause of Action for Termination in Violation of Public Policy, Which Motion Was Filed August 25, 2004;

(5) December 9, 2004 Order Granting in Part and Denying in Part Defendant Hickam Federal Credit Union and Gerard Auyong's Motion for Partial Summary Judgment as to Plaintiff's Eighth Cause of Action for Termination in Violation of

Public Policy, Filed August 25, 2004;

(6) February 16, 2005 Order Granting Plaintiff and Counterclaim Defendant Daniel T. Keomalu's Motion to Sever or Order a Separate Trial;

(7) March 24, 2005 Order Granting Defendant [Stephen Y.H. Kwock's] Motion to Dismiss and/or for Partial Summary Judgment on the Third Cause of Action, Fifth Cause of Action, Sixth Cause of Action and Tenth Cause of Action of Plaintiff Daniel T. Keomalu's Complaint Filed June 2, 2004;

(8) May 9, 2005 Order Denying Plaintiff and Counterclaim Defendant Daniel T. Keomalu's Motion Filed April 7, 2005 for Reconsideration as to Order Filed March 24, 2005 Granting Defendant Stephen Y.H. Kwock's Motion to Dismiss and/or for Partial Summary Judgment on the Third Cause of Action, Fifth Cause of Action, Sixth Cause of Action & Tenth Cause of Action of Plaintiff Daniel T. Keomalu's Complaint Filed June 2, 2004;

(9) December 29, 2005 Order Denying Plaintiff's October 28, 2005 Motion for Revision of the December 9, 2004 Order Granting in Part and Denying in Part the Motion of Defendants Hickam Federal Credit Union and Gerard Auyong for Partial Summary Judgment as to Plaintiff's Eighth Cause of Action for Termination in Violation of Public Policy;

(10) December 29, 2005 Order Granting Defendants Hickam Federal Credit Union and Gerard Auyong's Motion for Partial Summary Judgment on Plaintiff's First Cause of Action (Hawaiian Race and Age Discrimination);

(11) December 29, 2005 Order Granting Defendants Hickam Federal Credit Union and Gerard Auyong's Motion for Partial Summary Judgment on Plaintiff's Ninth

Cause of Action (Breach of Implied Contract);

(12) Order Granting Defendants Hickam Federal Credit Union and Gerard Auyong's Motion for Partial Summary Judgment as to Plaintiff's Claim for Damages Arising From Cardiac Condition, Sick Sinus Syndrome, and Emotional Distress; and

(13) Order Granting Defendants Hickam Federal Credit Union and Gerard Auyong's 2/10/06 Motion for Judgment as a Matter of Law;

that FINAL JUDGMENT is entered in favor of Defendants HICKAM FEDERAL CREDIT UNION, GERARD AUYONG, and STEPHEN Y.H. KWOCK, and against Plaintiff DANIEL T. KEOMALU that:

(1) Judgment is entered as to the First Cause of Action of Plaintiff's Complaint (Race, Age, Ancestry, and Disability Discrimination) in favor of Defendants Hickam Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(2) Judgment is entered as to the Second Cause of Action of Plaintiff's Complaint (Retaliation) in favor of Defendants Hickam Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(3) Judgment is entered as to Third Cause of Action of Plaintiff's Complaint (Invasion of Privacy) in favor of Defendants Hickam Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(4) Judgment is entered as to the Fourth Cause of Action of Plaintiff's Complaint (Negligent Infliction of Emotional Distress) in favor of Defendants Hickam

Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(5) Judgment is entered as to the Fifth Cause of Action of Plaintiff's Complaint (Intentional/Reckless Infliction of Emotional Distress) in favor of Defendants Hickam Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(6) Judgment is entered as to the Sixth Cause of Action of Plaintiff's Complaint (Conspiracy to Interfere With Employment Contract) in favor of Defendants Hickam Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(7) Judgment is entered as to the Seventh Cause of Action of Plaintiff's Complaint (Conspiracy to Violate of Public Policy) in favor of Defendants Hickam Federal Credit Union, Gerard Auyong, and Stephen Y.H. Kwock, and against Plaintiff Daniel T. Keomalu;

(8) Judgment is entered as to Eighth Cause of Action of Plaintiff's Complaint (Wrongful Discharge in Violation of Public Policy and Whistleblower Act) in favor of Defendant Hickam Federal Credit Union and against Plaintiff Daniel T. Keomalu;

(9) Judgment is entered as to the Ninth Cause of Action of Plaintiff's Complaint (Breach of Implied Contract) in favor of Defendant Hickam Federal Credit Union and against Plaintiff Daniel T. Keomalu;

(10) Judgment is entered as to the Tenth Cause of Action of Plaintiff's Complaint (Defamation) in favor of Defendants Gerard Auyong and Stephen Y.H. Kwock,

and against Plaintiff Daniel T. Keomalu.

Although the claims in Counterclaimant/Third Party Plaintiff HICKAM FEDERAL CREDIT UNION's Counterclaim against DANIEL T. KEOMALU and Third Party Complaint against CUTTER PONTIAC, BUICK, GMC OF WAIPAHU, INC., CJW MOTORS, INC. remain to be adjudicated, those claims are separate from the claims in Plaintiff's Complaint against Defendants HICKAM FEDERAL CREDIT UNION, GERARD AUYONG, and STEPHEN Y.H. KWOCK, and the facts necessary to establish the claims in the Counterclaim and Third Party Complaint are distinct from the facts that were necessary to establish the claims in the Complaint.

The Court therefore directs entry of FINAL JUDGMENT for Defendants HICKAM FEDERAL CREDIT UNION, GERARD AUYONG, and STEPHEN Y.H. KWOCK, and against Plaintiff DANIEL T. KEOMALU as to all of the claims in Plaintiff's Complaint, including the claims in the First through Tenth Causes of Action of Plaintiff's Complaint referred to above. There are no claims in Plaintiff's Complaint remaining to be adjudicated. The Court expressly determines that there is no just reason for delay in the entry of such judgment pursuant to Haw. R. Civ. P. 54(b).

DATED: Honolulu, Hawaii, _____MAR 2 8 2006_____.

EDEN ELIZABETH HIFO
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
R. STEVEN GESHELL, ESQ.

-6-



WILLIAM FENTON SINK, ESQ.
Attorneys for Plaintiff DANIEL T. KEOMALU

*/s/ Shelton G. W. Jim On/*

SHELTON G. W. JIM ON, ESQ.
HENRY F. BEERMAN, ESQ.
Attorneys for Defendant STEPHEN Y.H. KWOCK


<u>Daniel T. Keomalu v. Hickam Federal Credit Union, et al.</u>, Civ. No. 04-1-0732-04 (EEH); FINAL JUDGMENT FOR DEFENDANTS HICKAM FEDERAL CREDIT UNION, GERARD AUYONG, AND STEPHEN Y.H. KWOCK, AND AGAINST PLAINTIFF DANIEL T. KEOMALU AS TO ALL OF THE CLAIMS IN PLAINTIFF'S COMPLAINT, INCLUDING THE CLAIMS IN THE FIRST THROUGH TENTH CAUSES OF ACTION OF PLAINTIFF'S COMPLAINT, AND ANY OTHER CLAIMS THAT MAY BE IN PLAINTIFF'S COMPLAINT, BASED ON THE EXPRESS DETERMINATION THAT THERE IS NO JUST REASON FOR DELAY IN THE ENTRY OF SUCH JUDGMENT PURSUANT TO HAW. R. CIV. P. 54(B)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served on the following person(s) this 7 day of April, 2006:

      Via U. S. Mail (X)  Via Hand Delivery (___)

      JEFFREY S. HARRIS, ESQ.
      700 Bishop Street, 15th Floor
      Honolulu, HI 96813

      Attorney for Defendants
       Hickam Federal Credit Union and
       Gerard Auyong

      Via U. S. Mail (X)  Via Hand Delivery (___)

      SHELTON G. W. JIM ON, ESQ.
      HENRY BEERMAN, ESQ.
      733 Bishop Street, Ste. 2675
      Honolulu, HI 96813
      Fax No.: 808.538.7615

      Attorneys for Defendant
       Stephen Y. H. Kwock

      Via U. S. Mail (___)  Via Hand Delivery (___)

      _____
      R. STEVEN GESHELL
      WILLIAM FENTON SINK
      Co-counsel for Plaintiff
       Daniel T. Keomalu

Exhibit 1 - Page 10 of 10  3