R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Third-Party Defendant and
 Counterclaimant Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| | CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | CERTIFICATE OF SERVICE REGARDING DANIEL KEOMALU'S |
| vs. | MEMORANDUM IN OPPOSITION TO HICKAM FEDERAL CREDIT |
| CUMIS INSURANCE SOCIETY, INC., | UNION'S MOTION TO DISMISS THE COUNTERCLAIM and DECLARATION OF R. STEVEN |
| Defendant & Third-Party Plaintiff, | GESHELL; EXHIBIT 1 |
| | TRIAL DATE: June 6, 2006 |
| vs. | |
| | HEARING DATE: June 5, 2006 |
| DANIEL KEOMALU, | TIME: 9:00 a.m. |
| Third-Party Defendant. | JUDGE: HONORABLE J. MICHAEL SEABRIGHT |

keomafed\cs opsn hfcu mtn dismiss 050406

**CERTIFICATE OF SERVICE REGARDING
DANIEL KEOMALU'S MEMORANDUM IN OPPOSITION TO
HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS
THE COUNTERCLAIM and
DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1**

I hereby certify that, on the dates and by the methods of service noted below, true and correct copies of DANIEL KEOMALU'S MEMORANDUM IN OPPOSITION TO HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS THE COUNTERCLAIM and DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1 were served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name & Email Address | Date |
| --- | --- |
| **Roman F. Amaguin, Esq.**<br>rfa@torkildson.com esy@torkildson.com | May 9, 2006 |
| **Tred R. Eyerly, Esq.**<br>.te@hawaiilawyer.com<br>usdc@hawaiilawyer.com;teyerly@hotmail.com;shelly@hawaiilawyer.com | May 9, 2006 |
| **Jeffrey S. Harris, Esq.**<br>jsh@torkildson.com | May 9, 2006 |
| **Gregory W. Kugle, Esq.**<br>usdc@hawaiilawyer.com | May 9, 2006 |
| **Elyze J. McDonald, Esq.**<br>emcdonald@Carlsmith.com | May 9, 2006 |
| **Duane R. Miyashiro, Esq.**,<br>DMiyashiro@Carlsmith.com vshull@carlsmith.com;ldouglas-wong@carlsmith.com | May 9, 2006 |

  Served by First Class Mail:

| <u>Name & Address</u> | <u>Date</u> |
|---|---|
| **Michael R. Davisson, Esq.**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St 18th Flr<br>Los Angeles, CA 90017 | May 9, 2006 |

  Served by Hand Delivery:  None

  DATED:  This 9th day of May, 2006.


            /s/  R. Steven Geshell
           R. STEVEN GESHELL
           Attorney for Third-Party Defendant and
            Counterclaimant Daniel Keomalu