# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00511JMS-BMK<br>CIVIL NO. 05-00510JMS-BMK<br>[CONSOLIDATED] |
| CASE NAME: | Hickam Federal Credit Union vs. Cumis Insurance Society, Inc., et al.<br>Hickam Federal Credit Union vs. Cumis Insurance Society, Inc., et al. |
| ATTYS FOR PLA: | Duane R. Miyashiro |
| ATTYS FOR DEFT: | Gregory K. Kugle<br>Michael R. Davisson<br>Maria Cousineau<br>Steven Geshell<br>Roman F. Amaguin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Courtroom 6-No Record |
| DATE: | 5/10/2006 | TIME: | 2:12-2:28 |

COURT ACTION:  EP: Status Conference Re: Dismissal between Hickam Federal Credit Union and Cumis Insurance Society, Inc. held.

Michael R. Davisson, Maria Cousineau and Steven Geshell all participated by phone.

Parties to update Court by the end of the week.

Submitted by: Warren N. Nakamura, Courtroom Manager