R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Third-Party Defendant and
  Counterclaim Plaintiff
  Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HICKAM FEDERAL CREDIT UNION, | ) ) ) | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | REGARDING SUBPOENA IN A<br>CIVIL CASE TO MICHAEL<br>DAVISSON, dated May 23, 2006 |
| CUMIS INSURANCE SOCIETY, INC., | ) ) | |
| | ) | TRIAL DATE: June 6, 2006 |
| Defendant &<br>Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| DANIEL KEOMALU,<br>Third-Party Defendant. | ) ) ) | |

keomafed\cs subpoena davisson 052206

**CERTIFICATE OF SERVICE REGARDING SUBPOENA
IN A CIVIL CASE TO MICHAEL DAVISSON , dated May 23, 2006**

I HEREBY CERTIFY that a copy of the SUBPOENA IN A CIVIL CASE TO
MICHAEL DAVISSON, dated May 23, 2006, was duly served on the following
person(s) by placing same in the U. S. Mail, first-class postage prepaid, this 23rd
day of May, 2006:

> JEFFREY S. HARRIS, ESQ.
> Torkildson, Katz, Fonseca, Moore &
> Heatherington
> 700 Bishop Street, 15th Floor
> Honolulu, HI  96813
>
> Attorneys for Counterclaim Defendant
>  Hickam Federal Credit Union
>
>
> DUANE R. MIYASHIRO, ESQ.
> Carlsmith Ball, LLP
> Ste. 2200, ASB Tower
> 1001 Bishop Street
> Honolulu, HI  96813
>
> Attorneys for Plaintiff
>  Hickam Federal Credit Union

GREGORY W. KUGLE, ESQ.
Damon, Key, Leong, Cupchak, & Hastert
1600 Pauahi  Tower
1001 Bishop Street
Honolulu, HI  96813

Attorneys for Defendant and Third-Party Plaintiff
 CUMIS Insurance Society, Inc.


MICHAEL R. DAVISSON, ESQ.
Sedgwick Detert Moran & Arnold
801 S Figueroa St 18th Flr
Los Angeles, CA 90017

Attorney for Defendant and Third-Party Plaintiff
 CUMIS Insurance Society, Inc.


  /s/  R. Steven Geshell
R. STEVEN GESHELL
Attorney for Third-Party Defendant and
 Counterclaim Plaintiff
 Daniel Keomalu

3