**ORIGINAL**

Of Counsel:
DAMON KEY LEONG KUPCHAK & HASTERT
Attorneys at Law
A Law Corporation

DIANE D. HASTERT                 2240-0
ddh@hawaiilawyer.com
GREGORY W. KUGLE                 6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICHAEL R. DAVISSON     SBN 83278 *(Pro Hac Vice)*
michael.davisson@sdma.com
MARIA LOUISE COUSINEAU  SBN 122280 *(Pro Hac Vice)*
maria.cousineau@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2006

LODGED
MAY 2 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>Plaintiff<br><br>v.<br><br>CUMIS INSURANCE SOCIETY, INC., and DOES 1 – 10,<br><br>Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br>[CONSOLIDATED CASES]<br><br>Judge: J. Michael Seabright<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF THIRD-PARTY COMPLAINT WITHOUT PREJUDICE [F.R.C.P. 41(a)(1) AND 41(c)<br><br>TRIAL DATE: June 6, 2006 |

1   CASE NO. CV 04-00511 HG BMK
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF
THIRD-PARTY COMPLAINT WITHOUT PREJUDICE [F.R.C.P. 41(a)(1)(ii)]

LA/639112v1

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>Plaintiff<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.<br><br>Defendant | CIVIL NO. CV 05-00510 JMS BMK |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) and 41 (c), Third Party Plaintiff CUMIS INSURANCE SOCIETY, INC., and Third Party Defendant Daniel Keomalu, through their respective attorneys, stipulate and agree that all claims by CUMIS INSURANCE SOCIETY, INC. against Daniel Keomalu are dismissed without prejudice, with each party to bear its own costs and fees.

Dated: ~~April 24~~ May, 2006

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _/s/ Michael R. Davisson_
Michael R. Davisson
Maria Louise Cousineau
Attorneys for Third Party Plaintiff CUMIS INSURANCE SOCIETY, INC.

Dated: April 17, 2006

LAW OFFICES OF R. STEVEN GESHELL

By: _/s/ R. Steven Geshell_
R. Steven Geshell Esq.
Attorney for Third Party Defendant Daniel Keomalu

## ORDER

It is hereby ordered, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) and 41 (c) that all claims by Third Party Plaintiff CUMIS INSURANCE SOCIETY, INC. against Third Party Defendant Daniel Keomalu are dismissed without prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: May 26, 2006

The Hon. J. Michael Seabright
Judge, United States District Court

3   CASE NO. CV 04-00511 HG BMK
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF
THIRD-PARTY COMPLAINT WITHOUT PREJUDICE [F.R.C.P. 41(a)(1)(ii)

LA/639112v1