# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL 04-00511JMS-BMK
                 CIVIL 05-00510JMS-BMK

CASE NAME:       Hickam Federal Credit Union vs. Cumis Insurance Society, Inc., et al.,

ATTYS FOR PLA:   Steven Geshell

ATTYS FOR DEFT:  Roman F. Amaguin

INTERPRETER:

JUDGE:    J. Michael Seabright          REPORTER:   Sharon Ross

DATE:     6/5/2006                      TIME:       9:00 - 9:15

COURT ACTION:  Motion to Dismiss for Lack of Jurisdiction:

Motion to Dismiss for Lack of Jurisdiction continued to August 14, 2006 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager