IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, )<br>  )<br>       Plaintiff, )<br>  )<br>  vs. )<br>  )<br>CUMIS INSURANCE SOCIETY, INC., and DOES 1-10, )<br>  )<br>       Defendants. )<br>_____ )<br>CUMIS INSURANCE SOCIETY, INC., )<br>  )<br>       Third-Party Plaintiff, )<br>  )<br>  vs. )<br>  )<br>DANIEL KEOMALU, )<br>  )<br>       Third-Party Defendant )<br>_____ ) | CIV. NO. 04-00511 JMS/BMK<br><br>ORDER STAYING COUNTERCLAIM |

## ORDER STAYING COUNTERCLAIM

On June 5, 2006, Counterclaim Defendant Hickam Federal Credit Union ("Hickam") and Counterclaim Plaintiff Daniel Keomalu ("Keomalu") appeared before the court for a hearing on Hickam's Motion to Dismiss

Counterclaim Plaintiff's Counterclaim for Lack of Supplemental Jurisdiction or in the Alternative to Stay Counterclaim Plaintiff's Counterclaim Pending Resolution in State Court. At the hearing, the parties agreed to stay Keomalu's counterclaim pending resolution of the settlement agreement between Hickam and Defendant Cumis Insurance Society, Inc. Accordingly, the court hereby STAYS the Keomalu's counterclaim against Hickam effective June 13, 2006. The stay shall be lifted on August 14, 2006 at which time the court will take up Hickam's motion.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 6, 2006.

                                      J. Michael Seabright
                                      United States District Judge

*Hickam Federal Credit Union v. Cumis Insurance Society, Inc., et al*, Civ. No. 04-00511 JMS/BMK, Order Staying Counterclaim