TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS 2718-0
(jsh@torkildson.com)
ROMAN F. AMAGUIN 6610-0
(rfa@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>Plaintiff &<br>Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>Defendant &<br>Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>Third-Party Defendant &<br>Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK CIVIL NO. 05-00510 JMS BMK<br><br>COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT, FILED MARCH 31, 2006; DECLARATION OF COUNSEL; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>DATE: August 14, 2006<br>TIME: 9:00 a.m.<br>JUDGE: Hon. J. Michael Seabright |

COUNTERCLAIM DEFENDANT HICKAM FEDERAL CREDIT UNION'S SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION OR IN THE ALTERNATIVE TO STAY COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM PENDING RESOLUTION IN STATE COURT, FILED MARCH 31, 2006

I. **ARGUMENT**

The Court should grant Counterclaim Defendant Hickam Federal Credit Union's Motion and dismiss Counterclaim Plaintiff Daniel Keomalu's counterclaim for lack of supplemental jurisdiction.

On June 14, 2006, the Court filed the "Stipulation for Dismissal of Complaint with Prejudice as to Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc. and Order" (hereinafter referred to as "Stipulation for Dismissal"). Declaration of Counsel, Exhibit A.

The Stipulation for Dismissal provided in relevant part:

> IT IS HEREBY STIPULATED by and between Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc., through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the action, including all of the claims contained in the Complaint filed on February 5, 2004 in the First Circuit Court, State of Hawaii and subsequently removed to this Court under Civil No. 04-00511 JMS BMK and the Complaint filed on August 9, 2005 under Civil No. 05—00510 JMS BMK (consolidated) are dismissed with prejudice.
>
> The remaining parties and claims in this consolidated action are (1) Third-Party Plaintiff Cumis Insurance Society, Inc. and Third-Party Defendant Daniel T. Keomalu ("Keomalu") in accordance with the claims set forth in the Third-Party Complaint filed April 8, 2005,

2

      and (2) Counterclaim Plaintiff Daniel T. Keomalu and Counterclaim Defendant Hickam Federal Credit Union in accordance with the claims set forth in the Counterclaim filed October 28, 2005.

Exhibit A (emphasis supplied).

      28 U.S.C. §1367(c) provides that "[t]he district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . (3) the district court has dismissed all claims over which it has original jurisdiction. 28 U.S.C. §1367(c)(3); see "Counterclaim Defendant Hickam Federal Credit Union's Motion To Dismiss Counterclaim Plaintiff's Counterclaim For Lack Of Supplemental Jurisdiction Or In The Alternative To Stay Counterclaim Plaintiff's Counterclaim Pending Resolution In State Court, Filed March 31, 2006" (hereinafter referred to as the "Motion"), at 5-7.

      Original jurisdiction over Civil No. 04-00511 JMS/BMK and Civil No. 05-00510 JMS/BMK was founded on diversity of citizenship between Plaintiff Hickam Federal Credit Union ("HFCU") and Defendant Cumis Insurance Society, Inc. ("CUMIS") and an amount in controversy exceeding $75,000 pursuant to 28 U.S.C. §1332. See Motion, Section II-Facts ¶1, at 2.

      The claims over which the Court had original jurisdiction have been dismissed <u>with prejudice</u>, specifically those asserted in and including Plaintiff HFCU's complaint against Defendant CUMIS, filed on February 5, 2004 in the First Circuit Court, State of Hawai'i and subsequently removed to this Court under Civil No. 04-00511 JMS BMK and the Complaint filed by Plaintiff HFCU against

3

Defendant CUMIS on August 9, 2005 under Civil No. 05-00510 JMS BMK.

Accordingly, the Court should grant Counterclaim Defendant Hickam Federal Credit Union's Motion and dismiss Counterclaim Plaintiff's counterclaim for lack of supplemental jurisdiction.

## II. CONCLUSION

For the foregoing reasons, Counterclaim Defendant Hickam Federal Credit Union asks the Court to grant its Motion and dismiss Counterclaim Plaintiff's counterclaim for lack of supplemental jurisdiction.

DATED: Honolulu, Hawaii, July 14, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation


/s/ Roman F. Amaguin
JEFFREY S. HARRIS
ROMAN F. AMAGUIN
Attorneys for Counterclaim Defendant
HICKAM FEDERAL CREDIT UNION