IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff &<br>    Counterclaim Defendant,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant &<br>    Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant &<br>    Counterclaim Plaintiff. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>DECLARATION OF COUNSEL; EXHIBIT "A" |

## DECLARATION OF COUNSEL

I, ROMAN F. AMAGUIN, do hereby declare the following under penalty of perjury:

1.    I am an attorney licensed to practice law before all courts of the State of Hawaii and am a shareholder and director with the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel for record for HICKAM FEDERAL CREDIT UNION in its capacity as Counterclaim Defendant only in the above-entitled action. I have personal knowledge of the facts stated herein and would competently testify to them if called as a witness.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Stipulation for Dismissal of Complaint With Prejudice as to Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc. and Order, filed June 14, 2006, that was served on Counterclaim Defendant and received by my office via U.S. first-class mail around June 14, 2006.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 14, 2006.

/s/ Roman F. Amaguin
ROMAN F. AMAGUIN