FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

CARLSMITH BALL LLP

DUANE R. MIYASHIRO        6513-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
Email: dmiyashiro@carlsmith.com

**ORIGINAL**

**LODGED**

JUN 1 3 2006
3:00 P

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Plaintiff
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>　　　　Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC. AND ORDER |
| CUMIS INSURANCE SOCIETY, INC.<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>　　　　Third-Party Defendant. | TRIAL DATE: June 6, 2006 |

4838-2863-1809.1.011785-00101

EXHIBIT A

### STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC. AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc., through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the action, including all of the claims contained in the Complaint filed on February 5, 2004 in the First Circuit Court, State of Hawaii and subsequently removed to this Court under Civil No. 04-00511 JMS BMK and the Complaint filed on August 9, 2005 under Civil No. 05-00510 JMS BMK (consolidated) are dismissed with prejudice.

The remaining parties and claims in this consolidated action are (1) Third-Party Plaintiff Cumis Insurance Society, Inc. and Third-Party Defendant Daniel T. Keomalu ("Keomalu") in accordance with the claims set forth in the Third-Party Complaint filed April 8, 2005, and (2) Counterclaim Plaintiff Daniel T. Keomalu and Counterclaim Defendant Hickam Federal Credit Union in accordance with the claims set forth in the Counterclaim filed October 28, 2005.

Each party is to bear their own attorney's fees and costs.

4838-2863-1809.1.011785-00101

DATED: Honolulu, Hawaii, _June 13, 2006_.

_/s/ signature_

DUANE R. MIYASHIRO
Attorney for Plaintiff
HICKAM FEDERAL CREDIT UNION

_/s/ signature_

DIANE D. HASTERT
GREGORY W. KUGLE
MICHAEL R. DAVISSON

Attorneys for Defendant and Third-Party Plaintiff
CUMIS INSURANCE SOCIETY, INC.

APPROVED AND SO ORDERED:

_/s/ signature_

JUDGE OF THE ABOVE-ENTITLED COURT

---

HICKAM FEDERAL CREDIT UNION v. CUMIS INSURANCE SOCIETY, INC.; CIVIL NOS. 04-00511 JMS BMK AND 05-00510 JMS BMK (CONSOLIDATED); IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII; STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC. AND ORDER

4838-2863-1809.1.011785-00101