# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00511JMS-BMK |
| CASE NAME: | Hickam Federal Credit Union vs. Cumis Insurance Society, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | |
| DATE: | 07/17/2006 | TIME: | |

COURT ACTION:  EO: The Stipulation for Dismissal of Complaint With Prejudice as to Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc., and Order, filed June 14, 2006, incorrectly lists the remaining parties and claims in this action. The June 14 Stipulation states that Third Party Plaintiff Cumis Insurance Society's claim against Third Party Defendant Daniel Keomalu is still pending.  In fact, a Stipulation and Order of Dismissal of Third Party Complaint Without Prejudice was entered on May 30, 2006, whereby Third Party Plaintiff Cumis Insurance Society's claim against Keomalu was dismissed without prejudice.  As a result of the June 14 and May 30 Stipulations, Cumis Insurance Society is no longer a party to this case in any capacity.  The only remaining claim in this action is Counterclaim Plaintiff Keomalu's counterclaim against Counterclaim Defendant Hickam Federal Credit Union.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager