IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| | CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | |
| | DECLARATION OF R. STEVEN |
| vs. | GESHELL; EXHIBIT 1 |
| CUMIS INSURANCE SOCIETY, INC., | |
| Defendant & Third-Party Plaintiff, | |
| vs. | |
| DANIEL KEOMALU, | |
| Third-Party Defendant & Counterclaimant. | |

keomafed\decl rsg 072806

**DECLARATION OF R. STEVEN GESHELL**

1. I, R. STEVEN GESHELL, am the attorney for the Third-Party Defendant and Counterclaimant in the above-entitled case. I make this declaration upon personal knowledge of the facts contained herein.

2. Attached hereto, marked Exhibit 1, is a copy of the Notice of Bankruptcy Case Filing I retrieved from the Pacer System from Daniel Teruo Keomalu's Bankruptcy Case No. 06-00523 today.

3. I declare under penalty of law that the foregoing is true and correct.

EXECUTED on this 28th day of July, 2006.


                                                  /s/ R. Steven Geshell
                                      R. STEVEN GESHELL