EXHIBIT 1

United States Bankruptcy Court
District of Hawaii

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/27/2006 at 2:06 PM and filed on 07/27/2006.

**Daniel Teruo Keomalu**
P.O. Box 804
Aiea, HI 96701
SSN: xxx-xx-1697

The case was filed by the debtor's attorney:    The bankruptcy trustee is:

**Colin K. Kurata**                              **Ronald K. Kotoshirodo**
1001 Bishop St., Ste. 2710                       76 N. King Street, Ste. 209
Honolulu, HI 96813
808 524-2900                                     Honolulu, HI 96817
                                                 (808) 545-7700

The case was assigned case number 06-00523 to Judge Robert J. Faris.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.hib.uscourts.gov/ or at the Clerk's Office, 1132 Bishop Street, Suite 250L, Honolulu, HI 96813.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

                                                 **Michael B. Dowling**
                                                 **Clerk, U.S. Bankruptcy**
                                                 **Court**

https://ecf.hib.uscourts.gov/cgi-bin/NoticeOfFiling.pl?63823      EXHIBIT __1__        7/28/2006