R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Third-Party Defendant and
 Counterclaimant Daniel Keomalu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, | CIVIL NO. 04-00511 JMS BMK |
| | CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | CERTIFICATE OF SERVICE REGARDING DANIEL KEOMALU'S |
| vs. | SUPPLEMENTAL MEMORANDUM RESPONDING TO HICKAM |
| CUMIS INSURANCE SOCIETY, INC., | FEDERAL CREDIT UNION'S REPLY MEMORANDUM FILED JULY 14, 2006 IN DOCUMENT NO. |
| Defendant & Third-Party Plaintiff, | 308; DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1 |
| vs. | HEARING DATE: August 14, 2006 |
| | TIME: 9:00 a.m. |
| DANIEL KEOMALU, | JUDGE: HONORABLE J. MICHAEL |
| Third-Party Defendant. | SEABRIGHT |

keomafed\cs supl rsp mtn dismiss cc 072606

**CERTIFICATE OF SERVICE REGARDING
DANIEL KEOMALU'S SUPPLEMENTAL MEMORANDUM
RESPONDING TO HICKAM FEDERAL CREDIT UNION'S
SUPPLEMENTAL REPLY MEMORANDUM
FILED JULY 14, 2006 IN DOCUMENT NO. 308**

I hereby certify that, on the dates and by the methods of service noted below, true and correct copies of DANIEL KEOMALU'S SUPPLEMENTAL MEMORANDUM RESPONDING TO HICKAM FEDERAL CREDIT UNION'S REPLY MEMORANDUM FILED JULY 14, 2006 IN DOCUMENT NO. 308; DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1, were served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name & Email Address | Date |
|---|---|
| **Roman F. Amaguin, Esq.**<br>rfa@torkildson.com esy@torkildson.com | July 28, 2006 |
| **Tred R. Eyerly, Esq.**<br>.te@hawaiilawyer.com<br>usdc@hawaiilawyer.com;teyerly@hotmail.com;shelly@hawaiilawyer.com | July 28, 2006 |
| **Jeffrey S. Harris, Esq.**<br>jsh@torkildson.com | July 28, 2006 |
| **Gregory W. Kugle, Esq.**<br>usdc@hawaiilawyer.com | July 28, 2006 |
| **Elyze J. McDonald, Esq.**<br>emcdonald@Carlsmith.com | July 28, 2006 |
| **Duane R. Miyashiro, Esq.**,<br>DMiyashiro@Carlsmith.com vshull@carlsmith.com;ldouglas-wong@carlsmith.com | July 28, 2006 |

Served by First Class Mail:

| Name & Address | Date |
|---|---|
| **Michael R. Davisson, Esq.**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St 18th Flr<br>Los Angeles, CA 90017 | July 28, 2006 |

Served by Hand Delivery:  None

DATED:  This 28th day of July, 2006.

          /s/  R. Steven Geshell
R. STEVEN GESHELL
Attorney for Third-Party Defendant and
 Counterclaimant Daniel Keomalu