# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/03/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 05-00510JMS-BMK<br>CIVIL 04-00511JMS-BMK |
| CASE NAME: | Hickam Federal Credit Union vs. Cumis Insurance Society, Inc., et al., |
| ATTYS FOR PLA: | Steven Geshell |
| ATTYS FOR DEFT: | Roman Amaguin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 08/03/2006 | TIME: | 8:30 - 8:50 |

COURT ACTION:  Status Conference:

Discussion held regarding the stipulation for dismissals.

Parties to file additional briefing on the bankruptcy issue that was raised by Mr. Geshell.

Mr. Amaguin has until close of business Monday to file his brief and Mr. Geshell has until the close of business Wednesday to supplement anything if he wishes and Court will take the matter under advisement and probably rule without a hearing.

Mr. Geshell to contact CRM Dottie by Monday and inform her as to how parties will be handling the dismissal.

Submitted by:   Dottie Miwa, Courtroom Manager