IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HICKAM FEDERAL CREDIT UNION, | ) ) ) | CIVIL NO. 04-00511 JMS BMK CIVIL NO. 05-00510 JMS BMK |
| Plaintiff, | ) ) | DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1 |
| vs. | ) ) | TRIAL DATE:  June 6, 2006 |
| CUMIS INSURANCE SOCIETY, INC., | ) ) ) | |
| Defendant & Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| DANIEL KEOMALU, Third-Party Defendant & Counterclaimant. | ) ) ) ) | |

keomafed\decl rsg 080906

## DECLARATION OF R. STEVEN GESHELL

1.    I, R. STEVEN GESHELL, am the attorney for the Counterclaim Plaintiff Daniel T. Keomalu in the above-entitled case and have been for some time in this proceeding since the Third-Party Complaint was answered.  I make this declaration upon personal knowledge of the facts contained herein.

1

2.     Attached hereto, marked Exhibit 1, is a true and correct copy of the Notice of Chapter 7 Bankruptcy case, setting the first meeting of creditors for August 30, 2006 at 10:00 a.m.

3.     Earlier this week, I called Bankruptcy Trustee Ron Kotoshirodo's office and asked for him to call me back regarding the status in the case and the appeal to the Intermediate Court of Appeals.  To date, I have not spoken with him on the phone or in person about these two cases and have no information as to what, if any, decision has been made by him on whether to appear in these cases on behalf of the debtor.

4.     I declare under penalty of law that the foregoing is true and correct. EXECUTED on this 9th day of August, 2006.


        /s/  R. Steven Geshell
R. STEVEN GESHELL