**EXHIBIT 1**

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(10/05)    Case Number 06-00523

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on July 27, 2006.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Additional Information and Explanations

| | |
|---|---|
| Debtor(s):<br>Daniel Teruo Keomaka<br>P.O.Box 804<br>Aiea, HI 96701 | |
| Case Number:<br>06-00523 | Last four digits of Social Security No./Complete EIN or other Taxpayer ID No:<br>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 |
| Attorney for Debtor(s):<br>Colin K. Kurata<br>1001 Bishop St., Ste. 2710<br>Honolulu, HI 96813<br>Telephone number: 808 524-2900 | Bankruptcy Trustee:<br>Ronald K. Kotoshirodo<br>76 N. King Street, Ste. 209<br>Honolulu, HI 96817<br>Telephone number: (808) 545-7700 |

### Meeting of Creditors:

Date: **August 30, 2006**                    Time: **10:00 AM**

Location: **US Trustee Hearing Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

Individual and Joint Debtors MUST produce a photo ID and verification of Social Security Number at the meeting of creditors. Failure to do so may result in dismissal of the case.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:

Papers must be **received** by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or
to Determine Dischargeability of Certain Debts: October 30, 2006**

**Deadline to Object to Exemptions:**
Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street<br>Suite 250L<br>Honolulu, HI 96813<br>Telephone number: (808) 522-8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>**Michael B. Dowling** |
|---|---|
| Hours Open: Monday – Friday 8:00 AM –4:00 PM | Date: July 27, 2006 |

**EXHIBIT** ___1___

RECEIVED AUG 0 1 2006