IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>       Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>       Defendant & Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br>       Third-Party Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>CERTIFICATE OF SERVICE REGARDING COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S MEMORANDUM RESPONDING TO HICKAM FEDERAL CREDIT UNION'S SECOND SUPPLEMENTAL REPLY MEMORANDUM FILED AUGUST 7, 2006 IN DOCUMENT NO. 312; DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1<br><br>HRG. DATE:  Cancelled by Court<br>JUDGE:  HONORABLE J. MICHAEL SEABRIGHT |

keomafed\cs memo rsp hfcu 2nd sup reply 080906

**CERTIFICATE OF SERVICE REGARDING COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S MEMORANDUM RESPONDING TO HICKAM FEDERAL CREDIT UNION'S SECOND SUPPLEMENTAL REPLY MEMORANDUM FILED AUGUST 7, 2006 IN DOCUMENT NO. 312; DECLARATION OF R. STEVEN GESHELL; EXHIBIT 1**

I hereby certify that, on the dates and by the methods of service noted below, true and correct copies of COUNTERCLAIM PLAINTIFF DANIEL KEOMALU'S MEMORANDUM RESPONDING TO HICKAM FEDERAL CREDIT UNION'S SECOND SUPPLEMENTAL REPLY MEMORANDUM FILED AUGUST 7, 2006 IN DOCUMENT NO. 312; DECLARATION OF R.

STEVEN GESHELL; EXHIBIT 1, were served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name & Email Address | Date |
|---|---|
| **Roman F. Amaguin, Esq.**<br>rfa@torkildson.com esy@torkildson.com | August 9, 2006 |
| **Tred R. Eyerly, Esq.**<br>.te@hawaiilawyer.com<br>usdc@hawaiilawyer.com;teyerly@hotmail.com;shelly@hawaiilawyer.com | August 9, 2006 |
| **Jeffrey S. Harris, Esq.**<br>jsh@torkildson.com | August 9, 2006 |
| **Gregory W. Kugle, Esq.**<br>usdc@hawaiilawyer.com | August 9, 2006 |
| **Elyze J. McDonald, Esq.**<br>emcdonald@Carlsmith.com | August 9, 2006 |
| **Duane R. Miyashiro, Esq.**,<br>DMiyashiro@Carlsmith.com vshull@carlsmith.com;ldouglas-wong@carlsmith.com | August 9, 2006 |

Served by First Class Mail:

| Name & Address | Date |
|---|---|
| **Michael R. Davisson, Esq.**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St 18th Flr<br>Los Angeles, CA 90017 | August 10, 2006 |

2

Served by Hand Delivery:  None

DATED:  This 9th day of August, 2006.

          /s/  R. Steven Geshell
R. STEVEN GESHELL
Attorney for Counterclaim Plaintiff
Daniel T. Keomalu