CARLSMITH BALL LLP

DUANE R. MIYASHIRO           6513-0
JOSEPH F. KOTOWSKI, III      7973-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
Email:  dmiyashiro@carlsmith.com
        jkotowski@carlsmith.com

Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HICKAM FEDERAL CREDIT UNION,<br><br>         Plaintiff,<br><br>    vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>         Defendant.<br>_____<br>CUMIS INSURANCE SOCIETY, INC.<br><br>         Third-Party Plaintiff,<br><br>    vs.<br><br>DANIEL KEOMALU,<br><br>         Third-Party Defendant. | CIVIL NO.  04-00511 JMS BMK<br>CIVIL NO.  05-00510 JMS BMK<br><br>HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC.; DECLARATION OF JOSEPH F. KOTOWSKI, III; EXHIBIT "A"; CERTIFICATE OF SERVICE |
|---|---|

4837-1598-0801.1.011785-00101

## HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT <u>CUMIS INSURANCE SOCIETY, INC.</u>

Hickam Federal Credit Union ("Hickam"), by and through its attorneys, Carlsmith Ball LLP, moves this Court for an Order dismissing with prejudice all of the claims contained in the Complaint filed on February 5, 2004 in the First Circuit Court, State of Hawaii, and subsequently removed to this Court under Civil No. 04-00511 JMS BMK, and the Complaint filed on August 9, 2005 under Civil No. 05-00510 JMS BMK (consolidated).

This Motion is brought pursuant to Rules 7 and 41 of the Federal Rules of Civil Procedure, and is based upon the attached declaration, exhibit, and all of the records and files in this case.

DATED: Honolulu, Hawaii, August 21, 2006.

/s/ Joseph F. Kotowski, III
DUANE R. MIYASHIRO
JOSEPH F. KOTOWSKI, III

Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION

4837-1598-0801.1.011785-00101