IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>  vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>    Defendant.<br>_____<br>CUMIS INSURANCE SOCIETY, INC.<br><br>    Third-Party Plaintiff,<br><br>  vs.<br><br>DANIEL KEOMALU,<br><br>    Third-Party Defendant. | CIVIL NO.  04-00511 JMS BMK<br>CIVIL NO.  05-00510 JMS BMK<br><br>DECLARATION OF<br>JOSEPH F. KOTOWSKI, III |

## **DECLARATION OF JOSEPH F. KOTOWSKI, III**

I, Joseph F. Kotowski, III, declare as follows:

    1.    I am an attorney with Carlsmith Ball LLP, counsel for Hickam Federal Credit Union ("Hickam") in the above-captioned matter.  I am familiar with the records and files in this case.

    2.    Attached hereto as Exhibit "A" is a true and correct copy of the Stipulation For Dismissal Of Complaint With Prejudice As To Plaintiff Hickam

Federal Credit Union And Defendant Cumis Insurance Society, Inc. And Order, dated June 13, 2006 and filed on June 14, 2006 (the "Stipulation for Dismissal").

        3.      This Motion is brought pursuant to this Court's instruction and Rule 41(a)(2) of the Federal Rules of Civil Procedure in order to remedy a procedural oversight regarding the Stipulation for Dismissal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. § 1746.

DATED: Honolulu, Hawaii, August 21, 2006.

    /s/ Joseph F. Kotowski, III
DUANE R. MIYASHIRO
JOSEPH F. KOTOWSKI, III

Attorneys for Plaintiff
HICKAM FEDERAL CREDIT UNION