IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>      Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>      Defendant.<br>_____<br>CUMIS INSURANCE SOCIETY, INC.<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>      Third-Party Defendant. | CIVIL NO.  04-00511 JMS BMK<br>CIVIL NO.  05-00510 JMS BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Roman F. Amaguin      rfa@torkildson.com, esy@torkildson.com

R. Steven Geshell      geshlaw@lava.net, geshplgl@lava.net

Served by First Class Mail:

Diane D. Hastert
Gregory W. Kugle
Tred R. Eyerly
Damon Key Leong Kupchak Hastert
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Michael R. Davisson
Maria Louise Cousineau
Susan Koehler Sullivan
Sedgwick Detert Moran & Arnold, LLP
801 S. Figueroa Street, 18th Floor
Los Angeles, California  90017-5556

Jeffrey S. Harris
Torkildson Katz Fonseca Jaffe Moore & Hetherington
Topa Financial Center Bishop St. Tower
700 Bishop Street 15th Floor
Honolulu, Hawaii  96813

    DATED:  Honolulu, Hawaii, August 21, 2006.


        /s/ Joseph F. Kotowski, III
        DUANE R. MIYASHIRO
        JOSEPH F. KOTOWSKI, III

        Attorneys for Plaintiff
        HICKAM FEDERAL CREDIT UNION