ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| DIANE D. HASTERT | 2240-0 |
| ddh@hawaiilawyer.com | |
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| TRED R. EYERLY | 5641-0 |
| te@hawaiilawyer.com | |

1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 4 2006

at 10 o'clock and 40 min. A M
SUE BEITIA, CLERK

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICHAEL R. DAVISSON          SBN 83278    *(Pro Hac Vice)*
michael.davisson@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California  90017-5556
Telephone:  (213) 426-6900
Facsimile:   (213) 426-6921

Attorneys for Defendant
   CUMIS INSURANCE SOCIETY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br>and DOES 1-10,<br><br>Defendants. | CIVIL NO. CV 04-00511 JMS BMK<br>[CONSOLIDATED CASES]<br><br>**DEFENDANT CUMIS INSURANCE SOCIETY, INC.'S SUBSTANTIVE JOINDER IN HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS WITH PREJUDICE AS TO**<br>*(Caption continued on next page)* |

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., )<br>)<br>    Third-Party )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL KEOMALU, )<br>)<br>    Third-Party )<br>    Defendant. )<br>_____)<br>)<br>HICKAM FEDERAL CREDIT UNION, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CUMIS INSURANCE SOCIETY, INC. )<br>)<br>    Defendant. )<br>_____) | **PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC.; CERTIFICATE OF SERVICE**<br><br><br><br><br>CIVIL NO. CV 05-00510 JMS BMK |

**DEFENDANT CUMIS INSURANCE SOCIETY, INC.'S SUBSTANTIVE JOINDER IN HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT <u>CUMIS INSURANCE SOCIETY, INC.</u>**

Pursuant to Rules 7 and 41 of the Federal Rules of Civil Procedure, Defendant Cumis Insurance Society, Inc. ["Cumis"] hereby substantively joins Hickam Federal Credit Union's Motion to Dismiss Complaint with Prejudice as to Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc., filed on August 21, 2006 ("Motion to Dismiss"). For the reasons set forth in the

Declaration of Joseph F. Kotowski, III in support of the Motion to Dismiss, Cumis requests the same relief in the Motion to Dismiss, namely that the Court dismiss with prejudice all claims contained in the Complaint filed on February 5, 2004 in the First Circuit Court, State of Hawaii, and subsequently removed to this Court under Civil No. 04-00511 JMS BMK, and the Complaint filed on August 9 2005 under Civil No. 05-00510 JMS BMK (consolidated). Cumis incorporates the Motion to Dismiss and the attached Declaration of Joseph F. Kotowski, III herein by reference.

DATED: Honolulu, Hawaii, AUG 2 4 2006 .

DAMON KEY LEONG KUPCHAK HASTERT

_____
DIANE D. HASTERT
GREGORY W. KUGLE
TRED R. EYERLY

Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION, ) | CIVIL NO. CV 04-00511 JMS BMK |
| ) | [CONSOLIDATED CASES] |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| CUMIS INSURANCE SOCIETY, INC., ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |
| CUMIS INSURANCE SOCIETY, INC., ) | |
| ) | |
| Third-Party ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL KEOMALU, ) | |
| ) | |
| Third-Party ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| HICKAM FEDERAL CREDIT UNION, ) | CIVIL NO. CV 05-00510 JMS BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

191559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the were duly served upon the following individuals to their last known address as follows as indicated:

| | |
|---|---|
| DUANE R. MIYASHIRO, ESQ.<br>Carlsmith Ball LLP<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813<br>Attorney for Plaintiff | HAND DELIVER |
| S. RICHARD GESHELL, ESQ.<br>6600 Kalanianaole Highway, Suite 116<br>Honolulu, Hawaii 96825<br>Attorney for Third-Party Defendant<br>  Daniel Keomalu | U. S. MAIL |

DATED: Honolulu, Hawaii, AUG 2 4 2006

DAMON KEY LEONG KUPCHAK HASTERT

_____
DIANE D. HASTERT
GREGORY W. KUGLE
TRED R. EYERLY

Attorneys for Defendant
   CUMIS INSURANCE SOCIETY, INC.