ORIGINAL

CARLSMITH BALL LLP

DUANE R. MIYASHIRO        6513-0
JOSEPH F. KOTOWSKI, III   7973-0
ASB TOWER, SUITE 2200
1001 BISHOP STREET
HONOLULU, HI 96813
Tel No. 808.523.2500
Fax No. 808.523.0842
Email: dmiyashiro@carlsmith.com
       jkotowski@carlsmith.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2006

at __ o'clock and __min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>Defendant.<br><br>――――――――――――――――<br>CUMIS INSURANCE SOCIETY, INC.<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DANIEL KEOMALU,<br><br>Third-Party Defendant. | CIVIL NO. 04-00511 JMS BMK<br>CIVIL NO. 05-00510 JMS BMK<br><br>ORDER GRANTING HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC. FILED ON AUGUST 21, 2006 |

4819-1787-0081.1.011785-00101

### ORDER GRANTING HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC. FILED ON AUGUST 21, 2006

On August 21, 2006, Plaintiff Hickam Federal Credit Union ("Hickam") filed a Motion To Dismiss Complaint With Prejudice As To Plaintiff Hickam Federal Credit Union And Defendant Cumis Insurance Society, Inc. ("Motion") in order to remedy a procedural oversight regarding the Stipulation For Dismissal Of Complaint With Prejudice As To Plaintiff Hickam Federal Credit Union And Defendant Cumis Insurance Society, Inc. And Order, dated June 13, 2006 and filed on June 14, 2006 (the "Stipulation for Dismissal").

Based on the Motion, the Stipulation for Dismissal, and the record and files herein, Hickam's Motion is hereby GRANTED without a hearing.

DATED: Honolulu, Hawaii, August 22, 2006.

/s/ J. Michael Seabright
HONORABLE J. MICHAEL SEABRIGHT
JUDGE OF THE ABOVE-ENTITLED COURT

*Hickam Federal Credit Union v. Cumis Insurance Society, Inc.*, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII; CIVIL NOS. 04-00511 JMS BMK AND 05-00510 JMS BMK; ORDER GRANTING HICKAM FEDERAL CREDIT UNION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF HICKAM FEDERAL CREDIT UNION AND DEFENDANT CUMIS INSURANCE SOCIETY, INC. FILED ON AUGUST 21, 2006

4819-1787-0081.1.011785-00101