AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HICKAM FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>V.<br><br><br><br>CUMIS INSURANCE SOCIETY, INC., and DOES 1-10,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 04-00511 JMS-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 6, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, Clerk |
| CUMIS INSURANCE SOCIETY, INC.,<br><br>Third-Party Plaintiff,<br><br>V.<br><br>DANIEL KEOMALU,<br><br>Third-Party Defendant. | Case: CIVIL 05-00510 JMS-BMK |

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

JUDGMENT IN A CIVIL CASE
Consolidated Civil Case Numbers: 04-00511 JMS-BMK and CV 05-00510 JMS-BMK
September 6, 2006
Page 2

JUDGMENT IS ENTERED and the Cases are Closed, as pursuant to the following orders:

- "Stipulation and Order of Dismissal of Third-Party Complaint without Prejudice" filed on May 30, 2006,

- "Stipulation for Dimissal of Complaint with Prejudice as to Plaintiff Hickam Federal Credit Union and Defendant Cumis Insurance Society, Inc., and Order" filed on June 14, 2006,

- "Order granting Hickam Federal Credit Union's Motion to Dismiss Complaint with Prejudice as to plaintiff Hickam Federal Credit Union and defendant Cumis Insurance Society, Inc. filed on August 21, 2006" filed on August 24, 2006, and

- "Order granting Counterclaim Defendant Hickam Federal Credit Union's Motion to Dismiss Counterclaim" filed on August 30, 2006.

| September 6, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |